# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
JAN - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRAVIS BANKS
Plaintiff

v.

United States Attorney General
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 0021

I, TRAVIS BANKS, declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant/respondent   ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? N/A  Do you receive any payment from the institution? ____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

*Attached motion For Prior Approval IFP.*

2

United States District Court of
THE District of Columbia

United States of America        | Request To Continue
Attorney General,               |
                Respondent      | To Proceed
                                |
v.                              | In Forma Pauperis
                                | Prior Approval
Travis Banks, petitioner        | Superior Ct. No. #2006CF220318

In Superior Court of The District of Columbia Case No. #2006CF220318 Date of hearing 9-15-06 Petitioner was granted In Forma Pauperis Status.

I Travis Banks, hereby certify that the above statement is true and correct to the best of my understanding of the above Facts.

Date: 12-12-06

07 0021

Travis Banks
signature
pro se

**FILED**

JAN - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT