United States District Court Of
THE District of Columbia

Travis Banks, Petitioner

v.

U.S. Attorney General, Defendant

Case No.# 1:07CV00021
Judge Rosemary M. Collyer
Habeas Corpus
Request Stay of Transfer of Proceeding

## Motion To Request Transfer of Case To The U.S. Dist. Court For The Eastern District Of Pennsylvania

I Travis Banks, At this time is an Poor Person unable to pay the cost of mailing motions and documents from Pennsylvania to the U.S. Dist. Court Of THE District Columbia. Petitioner had informed both District Clerk's in the Dist. Of Columbia and The Eastern Dist. Of Pennsylvania. Attached Find Supporting documents (Five) in All Of Petitioner Trying to make an way to gitting Complaint to the Hon. Rosemary M. Collyer.

I Travis Banks, hereby certify that the above statement is true and correct to the best of my understanding of the above Facts.

Prose

Travis Banks
Travis Banks
6028 Lansdowne Av
Phila. PA. 19151
215-280-4590
I Need to Add money To my Pifone which I [Banks?] Have Now!!!

Date: Feb.2 2007

, of 6 pages

RECEIVED FEB - 2 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT



DCD_ECFNotice@dcd.uscourts.gov
01/11/2007 08:50 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:07-cv-00021-RMC BANKS v. UNITED STATES ATTORNEY GENERAL "Order on Motion for Leave to Proceed in forma pauperis"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from KD, entered on 1/11/2007 at 8:50 AM EDT and filed on 1/11/2007

**Case Name:** BANKS v. UNITED STATES ATTORNEY GENERAL
**Case Number:** 1:07-cv-21
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ENTRY ORDER denying as moot [2] Plaintiff's Motion for Leave to Proceed in forma pauperis. Plaintiff in fact paid the filing fee. Signed by Judge Rosemary M. Collyer on 1/11/07. (KD)

The following document(s) are associated with this transaction:

**1:07-cv-21 Notice will be electronically mailed to:**

**1:07-cv-21 Notice will be delivered by other means to:**

TRAVIS BANKS
6028 Lansdowne Avenue
Philadelphia, PA 19151

UNITED STATES DISTRICT COURT  **APPENDIX F**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 6028 Lansdowne Ave Phila. PA. 19151

Address of Defendant: 615 Chestnut St. Phila. Pa. 19102

Place of Accident, Incident or Transaction: Pennsylvania & Washington D.C.
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☐  No ☑ unknown at this time.

Does this case involve multidistrict litigation poss   es ☐   No ☑

RELATED CASE, IF ANY:

Case Number: _____ Judg

Civil cases are deemed related when yes is answe

1. Is this case related to property included in an e

2. Does this case involve the same issue of fact o action in this court?

3. Does this case involve the validity or infringe terminated action in this court?

```
Fri Jan 12 11:29:25 2007

UNITED STATES DISTRICT COURT
PHILADELPHIA , PA

Receipt No.   400 935851
Cashier            stevet

Tender Type  CASH

Transaction Type  N

DO Code    Div No    Acct
4666         1      086900

Amount              $   5.00

TRAVIS BANKS

HABEAS CORPUS
```

ction in this court?  Yes ☐  No ☐

year previously terminated  Yes ☐  No ☐

within one year previously  Yes ☐  No ☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, an
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☑ Labor-Management Relations
7. ☑ Civil Rights
8. ☑ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases (Please specify)

I submitted (H.C.) on 1-11-07 I got to the Clerk's office at about 9:30 AM trying to get an docket or case Number — But even After I paid for filing the Clerk still did not give me an case Number and the Judge I'm being held up again to stop me from getting into court !!!

on Cases:
tract and Other Contracts
nal Injury
nation
al Injury
Personal Injury
Injury (Please specify)
lity    I Informed both
lity — Asbestos  Clerks of this
rsity Cases In Wash D.C. and Pann.
(Please specify)

Note: I didn't have money to send complaints to Judge R. M. Collyer In Wash. D.C.
Case No. #1:07CV00021
Filed on 1-05-07.

**ARBITRATION CERTIFICATION**
(Check appropriate Category)

I, Travis Banks , counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.

DATE: 1-12-07       Travis Banks Pro se
                       Attorney-at-Law                    Attorney I.D.#

NOTE:

I certify that, to my knowledge, t except as noted above.   John Szymanski   been compliance with F.R.C.P. 38.
                                                              e year previously terminated action in this court

DATE: _____                          Attorney I.D.#

CIV. 609 (4/03)       (267) 299-7021    3 of 6 pages

United States District Court of THE Eastern District of Pennsylvania

Travis Banks, petitioner
v.
United States Attorney General, Defendant et al.

Habeas Corpus Case No. 07CV182
Civil Contempt of Court Motion
Follow-up
Amendment to 62 Page Habeas Corpus Filed on 1-11-07 and 1-12-07

Superior Ct. Case No. # 2006CF2203/8

Habeas Corpus Filed on 1-11-07 and 1-12-07 But denied Docket Number!!!

Continual Violation of Travis Banks Constitutional Rights!!!

On 1-18-07 Petitioner was before Judge Clark in The Superior Court of The District of Columbia - Washington D.C. And Judge Clark Asked Petitioner IF he was Satisfied with Attorney Cotter. I Petitioner stated that their was some Constitutional Violations in Petitioner's case. The Judge Asked what they were. Petitioner stated He couldn't state them in verbal words but requested to submit AN

```
                US DEPARTMENT OF JUSTICE
                US ATTN. E.D. OF PA
                12TH FL MAIN RECEPTION
                2007 JAN 23

Fri Jan 12 11:29:25 2007
UNITED STATES DISTRICT COURT
PHILADELPHIA   PA
Receipt No.  40  935851
Cashier          stevet
Tender Type  CASH
Transaction Type  N
DO Code   Div No    Acct
 4666       1     386900
Amount            $   5.00
TRAVIS BANKS
HABEAS CORPUS
```

I submitted (H.C.) on 1-11-07 I got to the Clerk's office At About 9:30 AM Trying to get an Docket or case Number - But even After I paid for Filing the Clerk still Did not give me an case Number and Judge I'm being Held up Again to Stop me From getting into Court!!!

4 of 6 page

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVIS BANKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES ATTORNEY GENERAL | : | NO. 07-182 |

ORDER

FILED  JAN 2 4 2007

AND NOW, this 24th day of January, 2007, upon review of the petition for writ of habeas corpus filed by the petitioner, IT IS HEREBY ORDERED that said petition is dismissed. The petition is difficult to understand but the petitioner appears to be requesting the transfer of a case pending in the District of Columbia to the Eastern District of Pennsylvania. To the extent the petitioner would like a transfer of a case, the petitioner needs to direct his request to the court that currently has jurisdiction of the case. That court is not the Eastern District of Pennsylvania. Secondly, it is not clear that the petitioner is incarcerated or otherwise would be able to file a petition for a writ of habeas corpus. It is also not clear that there would be venue in this district over the complaint that the petitioner is making against various judges of the District of Columbia, members of the Capitol Police, and the Federal Bureau of Investigation.

ENTERED

JAN 2 5 2007

CLERK OF COURT

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.

5 OF 6 PAGES

Travis Banks
6028 Lansdowne Ave
Phila. PA. 19151

MAM

In The United States District Court
For The Eastern District Of Pennsylvania

(4)

Travis Banks, Appellant
v.
United States Attorney General, Appellee.

| Notice Of Appeal
| For An Habeas Corpus
| Case No. # 07-182
| Case No. #_____

FILED
JAN 29 2007
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

Notice is hereby given that Travis Banks, (Appellant) in the above named case, hereby appeal to the United States Court Of Appeal For The Third Circuit From the Final judgement of the Hon. Mary A. McLaughlin From an Order dismissing Appellants Habeas Corpus Case No. # 07-182 - Date of Order Jan. 24, 2007. Attached to this Notice of Appeal is Lower Court's Order.

Dated: Jan. 29, 2007

Travis Banks
Travis Banks
Signature

XC: T. Banks
USCA
MAM

2007 JAN 29 P 3:20
US DEPARTMENT OF JUSTICE
E.D. OF PA
RECEPTION

6 of 6 Pages