RECEIVED
MAR - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

Travis Banks, Petitioner,
v.
Alberto Gonzales,
Atty. Gen. For The U.S.A.,
Respondent,

Civil Action No. #07-021 RMC

Amended Petition

"Extraordinary Circumstances"

(Request Protection!!!)

Amended Petition Attached!

Compromise Secret Official Corruption Investigation

Request An Emergency Evidentiary Hearing!!!

Petitioner At this time is located At 6028 Lansdowne Ave Phila. Pa. 19151.

Respondent is The Attorney General For The United States 'Alberto Gonzales' and can be located and contacted At 555 4th Street Washington D.C. 20530 and 615 Chestnut Street Phila. Pa. 19102.

Government Officials are acting in an Concerted Criminal Actions Against The United States and Petitioner. By The Following Actions;

1 OF PAGES

By unlawful constructive, penal and Preventive custody, Official Stalking, Harassment, Oppression, False Official documents and Government Interference (To Have Free Access To The Courts and Medical Treatment)...

To invoke federal writ of habeas Corpus, State convict need not be Physically detained in jail or prison; it is only necessary to show that there are impediments significantly restraining his liberty to do... 28 U.S.C.A. §§ 2241 and 2254... Which will be clearly seen in Petitioner's Amended Petition. Free men are entitled to be free from being Stalked by the Government and To File legal documents to the Courts without an "ORDERED" (Third Party) by The Government!!!

On 2-13-07 Petitioner hand Submitted an motion for "Extraordinary Circumstances - Request An Emergency Evidentionary Hearing," to the U.S.C.A. 3rd Cir. and part of the caption was incorrect. Which stated "U.S. Dist. Ct. Eastern Dist. Of Pennsylvania.

The correct part of the caption stated "Banks V. Atty. Gen. U.S.A. CA. No. #07-1307 (E.D. Pa. Civ. No.# 07-Civ- 00182." The Third Cir. Court of Appeal Clerk excepted this motion in the U.S.C.A. 3rd Cir on 2-13-07.

2 OF PAGES

On or about 2-22-07 the U.S.C.A. 3rd Cir. Officials transferred Petitioner's 2-13-07 motion that was time stamp - To the U.S. Dist. Court For The Eastern Dist. of Pennsylvania. These Officials at all times knew that Petitioner's motion was directed and the case Docket Number were For the U.S.C.A. 3rd Cir.

Exhibit Attached:
                    ORDER - 2-26-07

On 2-14-07 U.S.C.A. 3rd Cir. Administrative Asst. Kelly Berry excepted Petitioner's motion of 2-13-07, But refuse to act on the "Extraordinary Circumstances - Request An Emergency Evidentiary Hearing."

Exhibit Attached: ⎯⎯⎯⎯→    ORDER - 2-20-07

Petitioner have already served the Attorney General with petitions that have been time stamp on the following dates 1-11-07 and 2-13-07.

I Travis Banks, hereby certify that the above statement is true and correct to the best of my understanding of the above facts.

Dated: 03-7-07

Travis Banks
Pro Se
6028 Lansdowne Ave
Phila. PA. 19151
Phone No. # 215-

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TRAVIS BANKS

    Plaintiff(s),

    vs.                       Civil Action No. 07-21 (RMC)

ALBERTO GONZALES

    Defendant(s).

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing bulky pleadings, bulky exhibits have been filed in paper in this case. The exhibits are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                    NANCY MAYER-WHITTINGTON

                                                                   Clerk