UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRAVIS BANKS,** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-021 (RMC) |
| **ALBERTO GONZALES, Attorney General for the United States,** | ) ) ) ) | |
| Respondent. | ) ) ) | |

**ORDER TO SHOW CAUSE**

On January 5, 2007, Petitioner Travis Banks filed a pro se petition for a writ of habeas corpus, but failed to file a statement of facts. The Court found that the Petition was insufficiently clear to put Respondent on notice of the claims against him, even under the liberal "notice pleading" standards of the Federal Rules, as it failed to articulate a basis for relief. *See Karim-Panahi v. U.S. Congress*, 105 Fed. Appx. 270, 274 (D.C. Cir. 2004) (unpublished). Thus, pursuant to Federal Rule of Civil Procedure 8, on February 12, 2007, the Court dismissed the Petition without prejudice and allowed Mr. Banks until March 12, 2007, to file an Amended Petition in compliance with Rule 8.

On March 8, 2007, Mr. Banks filed an Amended Petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. Mr. Banks filed the original Petition while he was in the custody of the District of Columbia at CTF. He was charged and found guilty of "Firearm, Fireworks, Speeches & Objection Language Supreme Court Building and Grounds" in D.C. Superior Court, *U.S. v. Banks*, No. 2006 CF2 20318. On January 18, 2007, Mr. Banks was sentenced to time served and fined $50.

It may be that Mr. Banks' request for habeas relief is moot. *See Qassim v. Bush*, 466 F.3d 1073, 1078 ("[F]or a court to exercise habeas jurisdiction over a petitioner no longer in custody, the petitioner must demonstrate that he was in custody at the time he filed the petition *and* that his subsequent release has not rendered the petition moot . . . ."). However, the Court does not have sufficient facts to make this determination.

Accordingly, it is hereby

**ORDERED** that Respondent, through counsel, shall, within thirty days of service of this Order and the Amended Petition, file with the Court and serve on the Petitioner a statement showing why a writ of *habeas corpus* should not issue; and it is

**FURTHER ORDERED** that the Clerk of Court shall furnish a copy of the Petition [Dkt. #1], the Amended Petition [Dkt. # 5], and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the named Respondent and the United States Attorney for the District of Columbia.

**SO ORDERED**.

Date: March 16, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge