United States District Court
For The District Of Columbia

Travis Banks, Petitioner,

v.

Alberto Gonzales, Atty.
General For The United States,
Respondent,

Civil Action

No. 07-021 (RMC)

RECEIVED
MAR 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Temporary Restraining Order And Preliminary Injunction

Petitioner humbly request an TRO and Preliminary Injunction to Forthwith stop the District Of Columbia Court of Appeals (Officials Eric T. Washington and Clerk of Court Garland Pinkston, Jr.) from Forcing an Court Appointed Attorney (Donald L. Dworsky) in cases CF2-20318-06 and 07-CF-000127. On 1-18-07 Petitioner clearly stated that Petitioner wasn't signing any forms for Petitioner to be given Court Appointed Attorney. Petitioner requested to proceed Pro se and his Appeals. Attached are the Dist. Of Columbia Court of Appeals Orders, date Mar. 15, 2007; Mar. 19, 2007 and Superior Court Of The Dist. Of Columbia Notice Of Appeal Form date 2-21-07.

CC: Court Clerk Garland Pinkston
Date: 3-29-07

Travis Banks
Pro Se

Form 2—Notice of Appeal, Criminal Division and Family Court/Juvenile Branch).

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## NOTICE OF APPEAL
## CRIMINAL DIVISION AND FAMILY COURT (JUVENILE CASES ONLY)

RECEIVED FEB 1 2007

Superior Court Case Caption: United States v. Travis Banks

Superior Court Case No.: 2006 CF2 20318

**Appoint new counsel:** _____ Yes (If trial counsel seeks appointment for the appeal, counsel must be on the Court of Appeals CJA list and file the required certification.) (Trial counsel is on the Court of Appeals CJA list, and will accept this appeal, The defendant was presented the certification form and neither signed nor explicitly declined to sign.)

A.   Notice is given that (person appealing) ~~explicitly declined to sign.)~~ is appealing an order/judgment from the

Criminal Division __x__   (or)   Family Court (Juvenile cases only) _____

{Please check one}   ☐ Juvenile   ☐ Felony   ☒ Misdemeanor
                     ☐ Traffic    ☐ D.C. Case   ☐ Special Proceedings
                     ☐ Drug Court ☐ Domestic Violence

Date of entry of judgment or order appealed from (if more than one judgment or order is being appealed, list all): 01/18/2007

Superior Court Judge: Jeanette Clark

Description of judgment or order: Conviction for Discharging Firearm, Fireworks or Combustible on Supreme Court Grounds

Most serious offense at conviction: Same as above.

Has there been any other notice of appeal filed in this case? ☒ YES   ☐ NO

If so, list the other appeal numbers: Defendant made pro se filing (see annexed).

List any co-defendants and their Superior Court case number(s): None.

B.   Jury trial _____   Bench trial __x__   Other _____

C.   Is the defendant currently confined? ☐ YES ☒ NO   Defendant's DCDC # _____
                                                        or Fed# _____

Defendant's current address: 6028 Lansdowne Avenue Philadelphia, PA

Was the defendant determined eligible for court-appointed (i.e. CJA) counsel:
                                                        ☒ YES   ☐ NO

# District of Columbia
# Court of Appeals

No. 06-CO-1610

TRAVIS BANKS,

                Appellant,

                                    CF2-20318-06

v.

UNITED STATES,

                Appellee.

FILED MAR 19 2007 DISTRICT OF COLUMBIA COURT OF APPEALS

### ORDER

On consideration of the *pro se* notice of appeal filed on December 29, 2006, from a pretrial detention order, and it appearing that counsel for appellant has already filed a timely appeal in appeal no. 07-CF-127, from the conviction and sentencing order in this matter, it is

ORDERED that appellant shall within 20 days from the date of this order show cause why this appeal should not be dismissed as moot.

                                            BY THE COURT:

                                            ERIC T. WASHINGTON
                                            Chief Judge

Copies to:

Honorable Robert R. Rigsby

Clerk, Superior Court

Travis Banks
6028 Lansdowne Ave.
Philadelphia, PA 19151

Roy W. McLeese, III, Esquire
Assistant United States Attorney

lw

# District of Columbia
## Court of Appeals



FILED
MAR 15 2007
DISTRICT OF COLUMBIA
COURT OF APPEALS

TRAVIS BANKS
6028 LANSDOWNE AVE
PHILADELPHIA, PA
     19151

07-CF-000127 TRAVIS BANKS V. UNITED STATES                          CF2-20318-06

O R D E R

On consideration of the notice of appeal and it appearing that appellant has been found eligible for court appointed counsel, it is

ORDERED that Donald L. Dworsky, Esquire, is hereby appointed to represent appellant in this appeal. It is

FURTHER ORDERED that counsel for appellant shall immediately take the necessary steps to review the trial court record and to ensure that the transcripts necessary to the appeal have been ordered and shall, within 30 days from the date of this order complete and file with this court a single copy of the attached statement regarding the transcript ordered for this appeal. Where transcript(s) necessary for this appeal have been ordered and completed for non-appeal purposes, appellant must advise the Court Reporting and Recording Division to forward said transcript(s) for inclusion in the record on appeal. (pii)

FOR THE COURT
GARLAND PINKSTON, JR.
CLERK OF THE COURT

copies to:

DONALD L. DWORSKY        ROY W. MCLEESE III        CLERK, SUPERIOR COURT

DIRECTOR, COURT REPORTING DIV.

— 39 —

<u>NOTICE OF APPOINTMENT OF COUNSEL</u>

TO:    Travis Banks
6028 Lansdowne Ave.
Philadelphia, PA 19151

RE:    ***07-CF-127    Travis Banks v. United States***

    As indicated in the attached order, the District of Columbia Court of Appeals appointed counsel for you in the referenced appeal. Your attorney's address appears on the order. Your attorney has been selected in rotation from a roster of attorneys qualified to receive such appointments.

    You should hear from your attorney within the next 30 days. You will need to ask your attorney questions that you may have about the appeal, and you should discuss with counsel matters that may be raised on appeal. Your attorney will file all necessary papers on your behalf, and will make sure that everything is done according to the rules of the court. As long as you are represented by counsel, the court will not accept for filing pleadings or briefs that you attempt to submit to the court on your own.

    Please note:

    o Communications with your attorney will generally be by mail, which may be supplemented by telephone calls. In-person visits by your attorney to a location outside the Washington metropolitan area require advance authorization by the court and are permitted only in exceptional cases.

    o You are not entitled to choose the attorney who is appointed to represent you, and the court will not order the replacement of your appointed counsel with a different attorney unless there has been a clear showing that a change of counsel is necessary. Thus you are expected to work with your appointed attorney. That attorney will remain your counsel unless the attorney files a motion to withdraw and the court grants the motion. Your attorney has the authority to make decisions as to how to handle your appeal, and it is up to counsel to decide which issues should be raised in the brief and which motions, if any, should be filed.

    o Written transcripts of what took place in the Superior Court will be sent to your attorney. You are not entitled to a separate/additional copy of the transcripts.

    Any questions regarding your appeal should be directed to your attorney.

                        FOR THE COURT:

                        GARLAND PINKSTON, JR., Clerk

cc:    Donald L. Dworsky, Esquire
P.O. Box 409
Glen Echo, MD 20812

## Proof of Service

I Travis Banks, certify that on this date of 3-29-07 that Petitioner had hand delivered TRO and Preliminary Injunction on Respondent's Officials at 555 9th Street N.W. Washington, D.C. 2001 and The District of Columbia Court of Appeals at 500 Indiana AV. N.W. Washington, D.C. 2001. Served Mr. Pinkston's Officials on this same day of 3-29-07.

Date: 3-29-07

Travis Banks
Pro Se