United States District Court
For The District of Columbia

Travis Banks,
        Petitioner,

        V.

Alberto Gonzales, Atty.
General for the United States,
        Respondent.

**RECEIVED**

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action

No. 07-021 (RMC)

" Emergency Request For

Witness Protection Program "

        This Emergency motion For Inclusion To
The Witness Protection Program is because of Officials
that has been sworn to uphold the Constitution of
The United States of America has turned an Blind
Eye to Official Corruption. Petitioner humbly request
of your Honor to review Attached (7) pages and (41)
Exhibits of documentary evidence that was also
submitted to Senator Alen Specter and U.S. Atty.
Gen. Patrick Meehan on March 27, 2007. Petitioner has
been put on Notice that Petitioner have to git out
of property 6028 Lansdowne Av Phila. Pa. 19151 in
an Few days.

RECEIVED

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 OF 2    Pages

Petitioner has no where to go for protection and also on 5/27/07 Petitioner had to protect his self from being killed from a man running in Petitioner living area with knife Attacking Petitioner. Petitioner called 911 — Police to report the Assault to Petitioner but the Police arrested Petitioner. And on or About 1-10-05 After Petitioner was Assaulted by two men the charges were dismissed.

I Travis Banks, verify that the facts that are set forth in this Affidavit Motion and submitted documents are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crime Code (18 Pa. C.S. § 4904), relating to unsworn falsification to authorities.

Date: 3-29-07

pro se

Travis Banks
Signature
Phone No.
215-280-4590
6028 Lansdowne Av
Phila Pa. 19151
Change of Address
In an few days
Unknown At
this Time !!!

2 of 2 pages

United States District Court
For The District Of Columbia

Travis Banks
                        Petitioner,          :     Civil Action

            V.                               :     No. 07-021 (RMC)
Alberto Gonzales, Atty.
General for the United States                :
                        Respondent.          :

## ORDER

And now, this ____ day of ____ 2007 upon review of Petitioner's ( Emergency Request For Witness Protection Program) and Attached Documentary Evidence it is hereby Ordered that because of the Strong Political Forces against Petitioner and the United States that Respondent set up Petitioner with (one million dollars) to go into the Witness Protection Program Forthwith.

                              By The Court

            Hon. _____
                                        J.

## Proof Of Service

I Travis Banks, certify that on this date of 3-29-07 that Petitioner had Hand Delivered Emergency Request for Witness Protection Program on Respondents Officials At 555 4th Street N.W Washington, D.C. 2001 and an (7) pages and 41 pages of Exhibits hand delivered to the Attorney General's Official At 615 Chestnut St. Phila. Pa. _____ on March 27,2007.

Date: 3-29-07

Travis Banks
Signature
Pro Se

Attached:
Order
AND
Motion To Seal Civil Action No. 07-021 (RMC)

Travis Banks
"Owner of Property"
16028 Lansdowne Av
Put Mr. Banks on
Notice - That Mr.
Banks Have to git
out of Property Now!!!
Phila. PA. 19151

Mr. Banks Contact
No.# 215-280-9590

MISDEMEANOR TRIAL SECTION
U.S. ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
2007 3-27 A:57

EMERGENCY
ReQuest For
Witness Protection
Program Again !!!

To. U.S. Atty. Patrick Meehan
U.S. Senator Arlen Specter
U.S. Dist. Judge RoseMary M. Collyer

RECEIVED
MAR 27 2007

U.S. DEPARTMENT OF JUSTICE
2007 MAR 27 A 9:43

TOPIC

" Judiciary Corruption "

Government Officials are acting in an ongoing
Conspiracy Against The United States Of America
and Petitioner (Travis Banks) by the Following criminal
Actions; Witness Intimidation, Denial The Right of
Petitioner's Right To Self Representation, False Reports
By FBI Stating that Petitioner's an Terrorist, Stalking,
Criminal Attempt Murder, Assault and Obstruction
Of Administration Of Law !!!

I'm in The middle of an Big Political Fight and I'm not Picking sides. I Fear For my Life - And I don't what to be use by any side. I Fear That They will poison Petitioner !!!

Important Notice:

Exhibits
Attached:
" 41 "

Officials Turning An
Blind Eye To Official
Criminal Actions !!!

RECEIVED
MAR 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 OF 7 Page

Government Officials on 11/27/99 used False arrest case MC-9911-4128 LA to place Petitioner under Duress to Force Petitioner From representing his self the charges was "Attempted Rape AGG Indecent Asst. Attem Indecent Assault Simple Assault. And on 2/8/00 before Judge Coray F. Divito Travis Banks informed this Judge that Petitioner was under Duress and was forced to give up his Rights to represent his self. This Judge took no action.

Exhibit Attached:
                    Obstruction Of Justice
                    Page 1-To-8


On March 3, 2003 Petitioner Filed an motion (PCRA) and this appeal is about Denial Of Access To The Courts & Government Interference too Petitioner From representing his self in case 9605-0911. And this (PCRA) motion Petitioner clearly stated that he wanted to Represent his self.

Exhibit Attached:
                    July 23, 2003 Forced Representation
                    Notice - Atty. Sondra R. Rodrigues
                    Page 9, 10 and 11

On March 31, 2003 while Petitioner was at

2 OF 7    page

The CJC Petitioner was Falsely arrested For making an complaint.

Exhibit Attached:

Obstruction of Justice
Page 1 To 11

Petitioner was Falsely arrested on 5/27/04 and was being Stalk.

Exhibit Attached:

Complaint - 04-19-038966

On 8/20/04 At hearing in 55th Ave Police Distict Petitioner informed Judge Frank Brady and other court Officials that Petitioner was being Intimidated and Stalked - To Stop Petitioner From testifing. Petitioner submitted documentary evident to support Petitioners claims of Official Oppression to Judge Brady. These court Official took No action.

Exhibit Attached:

Notice OF Intimidation
Page 13, 14 and 15

FBI August Report
13, 2003

PA. State A G Office - March 16, 2004

3 OF 7 Page

On 9/21/04 Petitioner Forward an Criminal complaint to the Following Agencies and Officials U.S. Congressman R. Brady, Penn. Attorney General, Governor's Cheif of Staff John Estey and The Disciplinary Board Of The Supreme Court of Pennsylvania.

Exhibit Attached:

Page 16, 17 To 21

On 9/18/04 Petitioner went to Judge Maier courtroom 1007 at the CJC and made an request To Judge Maier's court Clerk to put Judge Maier on Official Notice of witness Intimidation by court Officials and others To Petitioner. Judge Maier took no Action.

On 10/18/04 Petitioner went to Governor's Rendell Office to request Help - Petitioner was order out of the Governor's Office - Petitioner was Follow to Rep. Dennis O'Brien's Office and Also to the State Attorney General Office to interview and at this interview the AG - official time stamp Petitioner. 9-21-04 complaint (OCT 18, 2004) Petitioner was Arrested at the end of the AG's interview under Judge Maier's court order.

4    of 7    Page

Exhibit Attached:

Judge Maier                    Request Emergency
ORders                         Protection 10/18/04
Picture Assault                Page 22, 2324, 25 and 26
                               Page 27 - 28 - 29

On 9/14/06 Petitioner was being Stalked by
Official as Petitioner was on his way to submit
an Private Communication to Chief Justice Roberts
at the U.S. Supreme Court. Petitioner was arrest
signaling for help. On 9/15/06 At hearing before
unknown Judge Petitioner asked the Judge to
order the Government Official to order them
to return Petitioner Legal Documents and Train
tricket. The Judge at the time of this Request
threaten to keep Petitioner in Jail. Petitioner
Filed criminal Complaint with the Justice Dept.
No action taken. UNKnown Judge — McCarthy, Michael
                               courtroom C-10

Exhibit Attached:

                               Justice Dept.
Judge Rigsby                   9-26-06    Page 30
                               Page - 32   Page 31

On 10-06-06 at hearing before Judge Rigsby Petitioner
was threaten and Intimidate by Judge Rigsby and this
same Judge order an Bench warrant be placed
on Petitioner while Petitioner was in he's assign courtroom.

                5   OF  7    PAge.

On 11/27/06 at hearing before Judge Rigsby, asst. U.S. Atty. Pat Martin and Atty. Cotter Petitioner made an official criminal complaint to these Officials against Government Officials at the Prisons for Assault, False imprisonment, and Intimidation. No Action taken.

Exhibit Attached:

Transcript 11/27/06
Page 33 and 34
6-22-06 Request Protection
Page 35

On Dec. 29 2006 Petitioner's Habeas Corpus 28 U.S.C. § 2254-41 - Extraordinary Interlocutory Relief was Filed with the court. Court Refuse to act on it.

Exhibit Attached:

Habeas Corpus  Dec. 29 2006
Page - 36

On Feb. 13, 2007 Petitioner Filed an "Extraordinary Circumstance - Request an Emergency Evidentiary Hearing.    No Action taken

Exhibit Attached:

Page - 37 and 3 8

6    of 7    Page

On March 15, 2007 The District of Columbia Court of Appeals ordered that Petitioner not file my motions on Petitioner own and that Petitioner would have go threw court appoint Atty. Donald C. Dworsky. Petitioner had not requested an Attorney and Petitioner told Atty. Cotter that Petitioner was not signing any Papers to have court appointed Attorney. This is to Stop Petitioner From his own Papers with the courts.

Exhibit Attached:

Order - Mar. 15, 2007
Page 39 - 40
Appal Cordinator Feb. 21-2a
Page 41

I request to be forthwith take out the picture and I only have an few days to stay at 6028 Lansdowne Av Phi la. Pa. 19151. My Phone No. # 215-280-4590 - Iike you all don't have Already -

OR give me my Independence So I can Stand on my own !!!

Date: 3-27-07        Travis Banks
The Hot water        Phone No. # 215-280-48.
Has been cut off
To Force me one way or another.

7 of 7 Pages

You Are Ordered
To Appear At
Philadelphia

Usted Esta Ordenado
A Comparecer En
Filadelfia

☐ Municipal Court
Corte Municipal

☐ Common Pleas Court
Corte de Primera Instancia

Commonwealth of Pennsylvania
of Philadelphia      ss

Sgt Washington
Dist Court

Travis Banks
02E Lansdowne Ave
n/a, Pa. 19150 0

1401 Arch st 2nd fLR
Community Court

| MO MES | DAY DIA | YEAR AÑO | TIME | HORA |
| --- | --- | --- | --- | --- |
| 8 | 1 | 03 | | 9:00 AM |

ARE COMMANDED BY ORDER OF THE COURT TO APPEAR AS A DEFENDANT IN THIS CASE AT THE PRECISE TIME AND
CE INDICATED ABOVE BY THE COURT. THIS SUBPOENA SHALL BE CONTINUING AND SHALL REMAIN IN FORCE UNTIL
TERMINATION OF THE ABOVE CRIMINAL PROCEEDING.

d esta obligado por la corte, a comparecer como acusado en este caso en la hora precisa y sitio indicado arriba por la Corte. Esta
ion debe ser continuada y permanecer valida hasta la determinacion del antes mencionado proceso criminal.

reby acknowledge receipt of this Notice.

Clerk of Quarter Sessions (Secretario de la Corte)

YOU MUST HAVE AN ATTORNEY
DEBE TENER UN ABOGADO

Refuse to Sign

BRING THIS NOTICE WITH YOU
TRAIGA ESTA NOTA CON USTED

Defendant's Signature (Firma del Acusado)

For preliminary hearing, see reverse side

Rev 4/94.

DEFENDANT

## OBSTRUCTION OF JUSTICE

On March 3, 2003 I ( Travis Banks ) filed an motion for Post Conviction Relief
( PCRA ) and this appeal is about Denial Of Access To The Courts & Government In -
terfrence too stop Travis Banks from repersenting his self in case 9605 - 0911.

And this ( PCRA ) motion Travis Banks clearly stated that he wanted to reper-
sent his self.

The Government Officials on 11/27/99 used false arrest case MC-9911-4128 1/1
to place Travis Banks under Duress to force Banks from repersenting his self the
charges was " Attempted Rape AGG Indecent Asst. Attem Indecent Assault Simple
Assault. And on 2/8/2000 before Judge Gray F. Divito Travis Banks informed this
Judge that he ( Travis Banks ) was under Duress and was forced to give up his
Rights to repersent his self. This Judge took no action.

On 7/30/03 Travis Banks received an letter from the PCRA Unit stating that I
was appointed attorney Sondra P. Rodrigues at P.O. Box 25267 Phila. PA. 19119
Phone No.# 215-271-0989.

On 7/31/03 Travis Banks went to the Criminal Justice Center at 1301 Filbert St.
Phila. PA. 19107 Too the PCRA Unit on the second floor in the front of room 206
the motions counter and spoke to in woman from the PCRA Unit and I informed this
official that I had requested that I repersent my self in petition filed on March
3,2003 this official told me to write the Judge and that she led someone from the
legal department talk to me and this official stated that their wasn't anything I
could do. So I requested to see their supervisor this legal department official
stated no I at that time asked him his name and refused to give me his name and
told me to get out I again requested to see their supervisor at this time he told

( 1 )

Commonwealth of Pennsylvania
City of Philadelphia                    ss

Travis Banks              City Washington
Last Lansdowne Ave        Bal/Bond
Phila. Pa. 19150, a                     Haighs

YOU ARE COMMANDED BY ORDER OF THE COURT TO APPEAR AS A DEFENDANT IN THIS CASE AT THE PRECISE TIME,
PLACE INDICATED ABOVE BY THE COURT. THIS SUBPOENA SHALL BE CONTINUING AND SHALL REMAIN IN FORCE UN
THE TERMINATION OF THE ABOVE CRIMINAL PROCEEDING

Usted esta obligado por la corte, a comparecer como acusado en este caso en la hora precisa y sitio indicado arriba por el Corte. E
citacion debe ser continuada y permanecer valida hasta la determinacion del antes mencionado proceso criminal.

I hereby acknowledge receipt of this Notice.

 I _Refuse to Sign_
_____
Defendant's Signature (Firma del Acusado)

Cas Rev 4/92                      For preliminary hearing, see reverse side

DEFENDANT

☐ Municipal Court
   Corte Municipal

Usted Esto Orden
A Comparecer E
Filadelfia

☐ Common Pleas Cou
   Corte de Primera Ins

1401 Arch St   2nd fl.
Community Cour

| MO MES | DAY DIA | YEAR AND | | HORA |
|---|---|---|---|---|
| 8 | 1 | 03 | | 9:00 |

Clerk of Quarter Sessions (Secretario de la Corte)

YOU MUST HAVE AN ATTORNEY
DEBE TENER UN ABOGADO

BRING THIS NOTICE WITH YOU
TRAIGA ESTA NOTA CON USTED

## OBSTRUCTION OF JUSTICE

On March 3, 2003 I ( Travis Banks ) filed an motion for Post Conviction Relief
( PCRA ) and this appeal is about Denial Of Access To The Courts & Government In-
terfrence too stop Travis Banks from repersenting his self in case 9605 - 0911.

And this ( PCRA ) motion Travis Banks clearly stated that he wanted to reper-
sent his self.

The Government Officials on 11/27/99 used false arrest case MC-9911-4128 1/1
to place Travis Banks under Duress to force Banks from repersenting his self the
charges was " Attempted Rape AGG Indecent Asst. Attem Indecent Assault Simple
Assault. And on 2/8/2000 before Judge Cray F. Divito Travis Banks informed this
Judge that he ( Travis Banks ) was under Duress and was forced to give up his
Rights to repersent his self. This Judge took no action.

On 7/30/03 Travis Banks received an letter from the PCRA Unit stating that I
was appointed attorney Sondra P. Rodrigues at P.O. Box 25267 Phila. PA. 19119
Phone No. # 215-271-0989.

On 7/31/03 Travis Banks went to the Criminal Justice Center at 1301 Filbert St.
Phila. PA. 19107 Too the PCRA Unit on the second floor in the front of room 206
the motions counter and spoke to an woman from the PCRA Unit and I informed this
official that I had requested that I repersent my self in petition filed on March
3, 2003 this official told me to write the Judge and that she led someone from the
legal department talk to me and this official stated that their wasn't anything I
could do. So I requested to see their supervisor this legal department official
seated no I at that time asked him his name and refused to give me his name and
told me to get out I again requested to see their supervisor at this time he told

( 13 )

an woman working at the counter to call the Sheriffs to have me put out. About 10 to 15 Sheriffs came to the motions counter at about 2:10 PM the law department told the Sheriffs that I refused to leave. At this time the sheriffs told me I had to leave I told the Sheriffs that I wanted to speak to an supervisor about my problem with my PCRA case and filing. The Sheriffs told me I had to leave I at informed the Sheriffs that it's Two O-Clock and this was an public business and that I still had business to take care of with my case. These Sheriffs ordered me to leave again in which I refused again so the Sheriffs jumped me and handcuffed my hands behind my back and locked me up in the Sheriffs' holding cells.

Sergeant Washington and anohter sheriff took me to the 6th Police Dist. at 11th & Winter to be processed. Police Officer Baker searched me and my legal logs and placed me in an cell and this officer took my shoes and legal logs ,Id and placed them outside my cell after about 20 min. Officer Baker came back and got my legal logs I asked this officer where was he taking my legal logs he said the Sheriffs wanted to see them.

Officer Baker and another officer along with an plain clothes officer had me sign an computer pad They told me I had to sign for an court date I couldn't see what I was signing so I wrote on the form ( this is for CT. date with my signature ).

Right before these Police Officials was releasing me they had me sign anohter form for ( Defendant Notice Of Appearance ) Officer Baker filled out this form and had me sign it I wrote on the form that I had not been given Notice Of charges and signed my name. These officers read the form and this is when Officer Baker destroyed that form and made cut anohter form and ordered me to sign this one I told these officers that I was not going to sign anohter form because them destroyed au official document. They told me if I didn't sign the second form they were going to lock me back up until I signed the form. After I repeatedly refuse to sign the second form they told me to get the Fuck out before we fuck you up. They also said they would fuck me up for not signing the second form and as I was walking out the back door of the Police Station in the parking lot area when I returned their greetings this is when an white officer ran from out the builden and up upon me face to face as to attack me this is when he again threaten to fuck me up again.

I left and went to 8th & Race Police Headquarters and made complaint of the Police Officers threats to me at 6th Dist. to Officer Spurlock and Sgt. Richard. I told Sgt. Richard that these officials refused to give me an Notice Of charges he told me that I could go back to the 6th Dist. and get my Notice Of Charges and he wrote on my Defendant Notice Of Appearance form ( Sgt. Washington Dis/Cond. ) and refused to make an official report of my complaint.

So I went to 6th & Market St. to the FBI office it was about 5:05 PM and their office was closed so I made an call to 911 from the pay phone right outside the FBI office PayPhone No.# 922-9742 I made report to 911 Dispatcher 117 at 5:10 PM Sgt. Samarco came to 6th & Market St. at 5:50 PM I made my complaint to him and he took me to 9th & Filbert Police Station to get me an notice Of Charges he couldn't get it off his office computer and he took me back to 11th & Winter Police Dist. Note the plain clothes officer that had me sign the computer pad was in unifform as an Sergeant when sgt. Samarco got my Notice Of Charges from him. Sgt. Samarco mad an copy and gave me an copy.

( 2 )

2

AMOUNT $ 28 - CASH

FEES & STATIONAL 14 - Subpoenas

FUND                    INDEX CODE                    SOURCE CODE

RECEIPT IS REQUIRED FOR EACH INDEX CODE.

004 PATS 5 0...    $28.00

PAYOR    THIS IS NOT A LICENSE

**U.S. Postal Service**
**CERTIFIED MAIL    RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**OFFICIAL USE**

| | |
|---|---|
| Postage | $0.37 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 4.42 |

08/04/2003

Sent To
Joe Lanyalotti
Street, Apt. No.; or PO Box No.
1301 Filbert St
City, State, ZIP+4
Phila. Pa. 19107

7002 2030 0006 7067 4248

PS Form 3800, June 2002    See Reverse for Instructions

On 8/4/03 at 12:02PM I went to the Wanamaker Station Post offic
to mail 1? Subpoenas by Certified & Return Receipt the Clerk :08 name
Waters refused to document the fees I paid for even after I request
he document my certified mail receipts and receipt to show what
services I paid for he still refused. I went to the 30th St. Postoffi
and made complaint to Mr. Santiago that the Postal Official at Wana
maker Station refused to record the services of Certified & Return
Receipt on the receipts and the postal receipt. Mr. Santiago took
my receipts and copied them and also made an phone call to the
Wanamaker Station and then told me to go back to Wanamaker Station
for the postal official their to record the services I paid for.

At about 1:10PM an clerk at the Wanamaker Station took my receipt
and recorded the payment of services I paid for on the receipts
that be the PS FORM 3800 and gave me anohter postal receipt.

NOTE:        THIS IS THE SAME TYPE OF ACTION I COMPLAINTED
             ABOUT IN CIVIL RIHTS CASE 03 - 1491 3rd Cir.
             ( 3 )

3

**CITY OF PHILADELPHIA**

POLICE DEPARTMENT
HEADQUARTERS, FRANKLIN SQUARE
PHILADELPHIA, PENNSYLVANIA 19106

SYLVESTER M. JOHNSON
Police Commissioner

Karen Y. Simmons
Senior Counsel to Police Commissioner
(215) 686-3356

August 7, 2003

Mr. Travis Banks
6028 Lansdowne Avenue
Philadelphia, PA 19151

RE: <u>Commonwealth of Pennsylvania v. Travis Banks</u>

Dear Mr. Banks:

My office has been notified that you sent, via Certified Mail, subpoenas to members of the Philadelphia Police Department. Your subpoenas were addressed to Sgt. Richards and Police Officer Baker.

Please be advised that your subpoenas are **improperly served**. Any criminal case subpoenas for members of the Police Department must be served at Room 119 City Hall and there is a fee of $28.00 per subpoena for the appearance of an Officer. Also be advised that you are subpoenaing the wrong individuals. Neither of these officers are involved in your case. Therefore, there is no need to subpoena these officers.

The arresting officer in this matter was Sgt. Washington, Badge #044 who is assigned to the Sheriff's Department. The Philadelphia Police Department does not handle subpoenas for the Sheriff's Department. Please direct your subpoena to the proper individual at the proper department. Contact the Sheriff's Department for their procedures for serving a subpoena.

Thank you for your attention and consideration in this matter.

Sincerely,

Karen Y. Simmons

4

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

**RECEIPT**

**54** 007686

| DATE *(Use Numerals)* | | |
|---|---|---|
| MONTH | DAY | YEAR |
| 8 | 11 | 03 |

RECEIVED FROM *Travis Banks*

ADDRESS *6628 Lansdowne Ave*   (CITY) *Phila* (State) *PA* (Zip Code) *19151*

AMOUNT $ *28 Twenty-eight dollars*   FOR/GIVE PARTICULARS *Comm vs Banks Sg.*

☐ License   ☐ Permit   NUMBER *Jamarco St appear 8-14-03*
☐ Invoice   ☐ Plan

| FUND | INDEX CODE | SOURCE CODE |
|---|---|---|
| 0 1 1 | 1 1 3 6 1 3 | 7 1 1 4 |

NOTE:
A SEPARATE RECEIPT IS REQUIRED FOR EACH INDEX CODE.

DEPARTMENT *Police*

CONTACT PERSON *Mrs. Clark*

TELEPHONE NUMBER *686-7290*

13-F-3 (Rev. 9/92)   PAYOR   THIS IS **NOT** A LICENSE

---

Because I Travis Banks had not given Subpoenas
for Sgt. Richards and Police Officer Baker to the
City Hall Officials' in Room 119 for Court Attendance
they could not except Money Orders for Sgt. Richards
and Police Officer Baker.

Karen Y. Simmons Senior Counsel to Police Commiss-
ioner has these Subpoenas.

NOTE :

Sergeant Richards informed Travis Banks by
Phone Call on August 7, 2003 at 8:34 AM
that he wasn't coming to court for this
case!

**UNITED STATES POSTAL SERVICE®**   **CUSTOM**

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO *City of Philad*
ADDRESS *City Hall*
C.O.D. OR CA USED FOR *Subpoena Sa*

SERIAL NUMBER 05717711305   YEAR, MONTH, DAY 2003-08-1

**ER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

CUSTOMER'S RECEIPT

CUSTOMER'S RECEIPT

5

TWENTY EIGHT DOLLARS

PAY TO City of Philadelphia

ADDRESS City Hall

NEGOTIABLE ONLY IN THE U.S. AND POSSESS
SEE REVERSE WARNING

FROM TIMOTHY BANKS

C.O.D. NO. OR USED FOR Subpoena-Police
Officer Baker 6th Dist.

0000000800 0571771128 3

---

**UNITED STATES POSTAL SERVICE**

# POSTAL MONEY ORDER

SERIAL NUMBER 05717711305    YEAR, MONTH, DAY 2003-08-11

TWENTY EIGHT DOLLARS

AMOUNT

PAY TO City of Philadelphia

ADDRESS City Hall

NEGOTIABLE ONLY IN THE U.S. AND POSSESS
SEE REVERSE WARNING

FROM TIMOTHY BANKS

C.O.D. NO. OR USED FOR Subpoena-Sgt Anne Philla

0000000800 0571771130 5

---

SERIAL NUMBER 05717711294    YEAR, MONTH, DAY 2003-08-11

TWENTY EIGHT DOLLARS

AMOUNT

PAY TO City of Philadelphia

ADDRESS City Hall

NEGOTIABLE ONLY IN THE U.S. AND POSSESS
SEE REVERSE WARNING

FROM TIMOTHY BANKS

C.O.D. NO. OR USED FOR Subpoena-Sgt Richard Phila
8th Race Police

0000000800 0571771129 4

---

PENN CENTER
PHILADELPHIA, Pennsylvania
19102-9997

(800)275-8777    09:35:28

08/11/2003    Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Dom. Money Order 05717711283 | | | $28.00 |
| Domestic Money Order Fee | | | $0.90 |
| Subtotal: | | | $28.90 |
| Dom. Money Order 05717711294 | | | $28.00 |
| Domestic Money Order Fee | | | $0.90 |
| Subtotal: | | | $28.90 |
| Dom. Money Order 05717711305 | | | $28.00 |
| Domestic Money Order Fee | | | $0.90 |
| Subtotal: | | | $28.90 |
| Total: | | | $86.70 |
| Paid by: Debit Card | | | $86.70 |

Bill#: 1003201370000
Clerk: 11

Refunds only per 100# P014
Thank you for your business
(Customer Copy)

6

MESSAGE CONFIRMATION                              AUG-13-2003 02:26 PM WED

```
                              FAX NUMBER   :  2153866263
                              NAME         :  CAMPUS COPY CENTER


NAME/NUMBER    :   2156863024
PAGE           :   1
START TIME     :   AUG-13-2003 02:25PM WED
ELAPSED TIME   :   00'12"
MODE           :   STD ECM
RESULTS        :      [ O.K ]
```

---

Travis Banks
6028 Lansdowne Ave
Phila. PA. 19151


August 13, 2003


To : Philadelphia District
     Attorney Office


COMMONWEALTH V. TRAVIS BANKS

DC : 03 - 06 - 044864 - 01


The substance of the following witnesses testimony as follows ;
Government Interference , Conspiricay to deprive Travis Banks his Rights to
exercise his Constitutional Rights' by Intimidation , Denial Of Access To
The Courts , False Imprisonment , False Arrest , Assaults , Stalking Defen -
dant by Government Officials and Obstruction Of Justice.

| | | |
|---|---|---|
| 1. Honorable Webster Keogh | : | 9. Sheriff John Green |
| 2. Honorable Lynn Abraham | : | 10. Sheriff Shabazz |
| 3. Honorable Gray F. Divito | : | 11. Joe Lanvalotti |
| 4. U.S. Attorney Paul G. Shapiro | : | 12. Sgt. Richards |
| 5. John Person , ESQ. | : | 13. Sgt. Samarco |
| 6. Y. Ward | : | 14. Police Officer Baker |
| 7. Joseph Cairone | : | 15. Mail Clerk Waters |
| 8. Viviane T. Miller | | |

DATE : _August 13,2003_                    _Travis Banks_
                                            Travis Banks

Note: Hearing
      Date : 8/14/03
      At Community Court
      1401 Arch St.
      2nd. Floor.

7

**UNITED STATES**
**POSTAL SERVICE**

2970 MARKET STREET
PHILADELPHIA, PA 19104-9998

DATE  August 5, 2003

Travis Banks
6028 Lansdowne Avenue
Philadelphia, PA  19151

Dear Mr. Banks,

We apologize for the discourteous treatment you experienced on August 4, 2003, at the Land Title Finance Station.

We will take appropriate action with this individual and hope this will not happen in the future.

It is the Postal Service goal that every Postal Customer have as pleasant an experience as possible when visiting one of our facilities.

Sincerely,

Samuel Santiago
Manager, Customer Service

895-3975
w.9 nd/pm
12:00 pm

8

Arreted on
TC: EXHIBITS 7/3/03
DAVIS DONIE IN #03 CV4564-CT
ASSAILT DCN#03 CV4564-CT
by FALSE Arrest- Jus-tice 11-27-99
Intimidation
ASSAULT
PCRA- dated MAR 03 2003
clearly states TRAVIS BANKS wanted
TC Represent his self

Arrested At Motions counter
on 2nd Flr at the criminal
Justice center !!!
For No LAW Reas

DATE: July 29, 2003

DEAR Mr. Banks

The following attorney has been appointed to represent you under the Post Conviction Relief Act:

**Sondra R. Rodrigues**

Your attorney's address is:

Write to me
at my
P.O. Box.
Call my office
and clarify
your address.

{ P.O. Box 25267
Phila, PA 19119
(215) 271-0989

FROM NOW ON, WHENEVER YOU WRITE TO THE COURT OR FILE ANY DOCUMENT PRO SE, YOU <u>MUST</u> SEND A COPY TO YOUR LAWYER. THE FACT THAT YOU SERVED YOUR LAWYER MUST BE STATED ON YOUR LETTER OR DOCUMENT.

Please contact me by letter
immediately and tell me if you have
completed your sentence on Judge
Divito's case. If now have

**9**

## MOTION FOR POST CONVICTION COLLATERAL RELIEF

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br><br>VS.<br><br><br>*Travis Banks*<br>(Name of Defendant) | COURT AND DOCKET NUMBERS<br><br><br><br>**RECEIVED**<br><br>**MAR 0 3** 2003<br><br>**PCRA UNIT**<br><br>To be filled in by Clerk of Court |

NOTE: List below those informations or indictments & offenses for which you have not completed your sentence.

INFORMATION OR INDICTMENT NUMBERS:

N/A

WAS CHARGED WITH THE FOLLOWING CRIMES:

6106, 6108, MFG w/I mto cs, Know Poss cs, VUFA
6106, 6108, AG Assault, Simple Assault PIC, REAP VUFA
106, 6108 PIC, Simple ASSAULT - 6106 6108 TERROR Threats,
REAP, VUFA, PIC, Simple Assault, AG Assault, Simple
Assault REAP, PIC
carrying Firearms on public street or public property
controlled Substance Act
-: 96-01-0532 / M.C. 96-01-0533 / M.C. 96-01-0534 / M.C. 96-
0535 / M.C. 96-01-0536

10

12. SUBSTANCE OF WITNESS TESTIMONY

Witness #1      From 1 To 17 witnesses
                is Attached to this motion.

Witness #2

Witness #3

13. (A) I am ☐ ABLE  ☑ NOT ABLE  to pay the costs of this proceeding. I have $_____ in my prison account.

(B) My other financial resources are: ____ Public Welfare

14. REPRESENTATION

(A) ☑ I do not have a lawyer and am without financial resources to obtain one.

(1) ☐ I request the Court to appoint a lawyer to represent me.

(2) ☑ I do not want a lawyer to represent me.

(B) ☐ I am represented by a lawyer. (Give name and address of lawyer below.)

## UNSWORN DECLARATION

I, _Travis Banks_ , hereby verify that the statements made within this Motion are true

YOUR NAME

and correct to the best of my knowledge, information, and belief, and that any false statements are

made subject to the penalties provided for in 42 Pa.C.S. § 4904 (relating to unsworn falsification to

authorities)

Signature:      _Travis Banks_

Print Name:     _6028 Lansdown AVE_

D.O.C #:         _Phila. Pa. 19151_
                 _Tempomry Address_

SCI-Albion
10745 Route 18

11

DATE: → 8/20/05

Page 1 of 2

**PARS**

**Commonwealth VS.**
**VAUGHN ROBINSON**

Address:
1701 N 61ST ST
Philadelphia PA 19100-
PID:0678336

MC        TB        NUMBER
**2004-05-4443**

COMPLAINT FILED BY:
Name: TRAVIS BANKS
Date: 05/29/2004
OTN#: N2757252

DOB: 05/27/1969

DC#
**04-19-038966**

Codefendants: 0

Complainants: 1

| State Chrg | O Court | Description |
|---|---|---|
| CC2702 | 36001 | AGGRAVATED ASSAULT |
| CC2701 | 36002 | SIMPLE ASSAULT |

| Gr Ct | State Chrg | O Court | Description |
|---|---|---|---|
| F  01 | CC0907 | 43001 | PIC |
| M2 01 | CC2705 | 37050 | REAP |

| Gr Ct |
|---|
| M1 01 |
| M2 01 |

Arrest Date: 05/28/2004  BY: SCHADE MARC

Next Action Date: 06/14/2004  Time: 08:00

Arraignment Disposition: Bail

Conditions of Release:

Amount: $8,000.00

Stay-Away Order Issued

Badge#: 223944   Group Id:

Next Action Location: 5500 Pine St.: 18th Dist.

**Appeal Information**

Bail Appeal Judge:

Appeal By:

Notes:

Special Needs:

Judge/Bail Comm: ABRAHAM        POLOKOFF

Attorney for Def: Court Appointed
Court Clerk: MARGARET SOLOMON
ADA/DA Rep: RICHARD ROMANO
Arraignment Site: Southwest Detectives
Arraignment Date: 06/04/2004   Time: 16:59

Preliminary Hearing or Trial Continuances

| First Action | Continued To | Reason for Continuance | Code | | Judge |
|---|---|---|---|---|---|
| 6/14 | 8/20 | C/W reg atta inv - Wit presn | | ☐ B.W. Issued  ☐ B.O.S.O. | |
| Further Action 8-20-04 | Continued To 10-18-04 | Reason for Continuance w/5TH Amend Issue | Code | ☐ B.W. Issued  ☐ B.O.S.O. | Judge |
| Further Action | Continued To | Reason for Continuance | Code | ☐ B.W. Issued  ☐ B.O.S.O. | Judge |

Preliminary Hearing Disposition

| Date 10-18-04 | Place SS + 8ourt | Attorney for Defendant (Name and Address) SCHWARTZ | TURNBULL |
|---|---|---|---|
| Court Clerk Eric | Court Reporter Guidici | Atty No. | ADA |

After (waiving) hearing, above defendant is held for Court as follows:

DIKHANSD - LSP   CH NR 3 RMS

Arraignment Date and Room

It is ordered that the charge(s) against the defendant are to be presented
to the District Attorney for the preparation of information.

Date: 10-18-04   Judge: N.W. Nisbro

Trial Disposition Date

| Date | Place | Attorney for Defendant (Name and Address) | Atty No. |
|---|---|---|---|
| Court Clerk | Court Reporter | Plea | Verdict | Atty for Prosecution |

Sentence:

I hereby certify that the above is a true and correct
return and transcript. Witness my hand and S

Judge:

Date:        (Seal)

12 -

CY029308

06/04/2004 17:02:30

ORIGINAL DOCUMENT        ROBINSON VAUGHN        DC#: 0419038966

To ; This Honorable Court

&

Public Defender Greenlee


Complainant Humbly Request To Testify Without
Fear Of being Punished For Exerciesing His Constitutional

R I G H T S !!!

Their's an <u>Prima Facie</u> showning that Complainant has been
Assaulted, Threaten, and Stalked even while going to Grocery Stores.

Everywhere Complainant goes people are looking Complainant
in the EYES and Covering their mouth with their hands' and then making
gestures of pulling up their <u>back part of their shirts</u>. This is where
Complainant conceals his <u>Legal Documents</u>!!!

Government Officials & their Agents are using the Judicial
System to Oppress Complainant! On <u>2/8/06</u> once Complainant give up
his rights in case GP-9605-0811 before <u>Hon. Gray F. Divito</u> even after
Complainant put the Judge on Official Notice that ₵ Travis Banks ₵
was compelled to give up his rights the Judge took No Action !!! But
once Complainant submitted the False charges of Rape of an <u>911 Operator</u>
was Dissmissed case 9911-4128.

For The Above Reasons & Enclosed Documents
Complainant Can Not Testify !!!


AT THIS TIME ...


Date : 8/20/04

13 page document

Judge Frank Brady
P.D. Brian Zeiger
Phone No. #
261-755-6500
D.A. Abraham M
About 3,0 men —

Travis Banks
Signure
Travis Banks
6028 Lansdowne Ave.
Phila. PA.19151
215-871-0136

Submitted 13 Page
Document to Judge
Brady & P.D. Zeiger
DA got copy from

13



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

Federal Office Building
600 Arch Street
Philadelphia, Pennsylvania,    19106
August 13, 2003

Mr. Travis Banks
6028 Lansdowne Avenue, Apt. #3
Philadelphia, PA  19151

RE:   Civil Rights Complaint

Dear Mr. Travis Banks:

The Philadelphia Office of the Federal Bureau of
Investigation has reviewed documents provided by you to support
your request for an investigation of alleged civil rights
violations.  Your allegations of denial of access to the courts
and to public officials as well as the seizure and interference
of petitions and legal documents does not fall within the
investigative purview of the Federal Bureau of Investigation.  It
may, however, be appropriate for you to raise these issues with
counsel to determine an appropriate course of action.

As per your request, documents provided by you are
enclosed.

Sincerely yours,

Jeffrey A. Lampinski
Special Agent in Charge

By:
Rexford R. Vernon
Supervisory Special Agent

14



COMMONWEALTH OF PENNSYLVANIA
**OFFICE OF ATTORNEY GENERAL**
March 16, 2004

**Gerald J. Pappert**
Attorney General

Bureau of Criminal Investigations
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-4679

Mr. Travis Banks
6028 Lansdowne Avenue
Philadelphia, PA 19151

Dear Mr. Banks:

I am writing in response to your recent correspondence to the Office of Attorney General. The Office of Attorney General has no authority or jurisdiction to handle this matter.

The jurisdiction of the Office of Attorney General to investigate and prosecute is primarily derived from the Commonwealth Attorney's Act, 71 P.S. §721-201 et. seq., which limits the authority of the Attorney General to matters involving state employees, organized crime, narcotics, insurance fraud, Medicaid fraud or matters arising out of the Statewide Investigating Grand Jury. Accordingly, your complaint does not fall within the jurisdiction of this Office.

We recommend you consult your own attorney. If you do not have an attorney, we suggest that you consult the bar association referral service in your county or the Pennsylvania Bar Association at 1/800-932-0311.

Although this Office can be of no further assistance to you at this time, I nonetheless thank you for bringing this matter to our attention.

Sincerely,

Philip A. Checchia
Deputy Chief

PAC/kls
c:  11-00-3329

— *15* —

Travis Banks
227 Lansdowne Ave
Phila. PA. 19151
Phone No. # 215-871-0136

FOUr
PAges

THE

OF THE

Supreme Court of Pennsylvania

To:

U.S. Congressman R. Brady
Penn. Attorney General
Governor's Cheif of
Staff John Estey

RECEIVED
9-21-04
OCT 1 8 2004
Office of Attorney General
Prosecutions Section
Hbg.

Topic

Obstruction of Justice & Intimidation
By
Government Officials & Their Agents

"Denied Access To The Courts & Public Officials !!!"

1. On 8/20/04 at Preliminary Hearing Location
55th Pine Defendant & Complaintant "T. Banks,"
Hand submitted an 13 page document of
Official offress of "T. Banks," by Government
Official & their agents To The Hon. Frank Brady,
Public Defender Zeiger and ADA Official handling
case on this. Judge Brady refuse to take this

1 OF 4 pages

— 16 —    11-00-3329

6028 Lansdowne AVE
Phila. PA. 19151
Phone No. # 215-871-0136

Two pages

THe Disciplinary Board
OF THE
Supreme Court OF Pennsylvania

To: Disciplinary Board

RECEIVED

SEP 21 2004

THE DISCIPLINARY BOARD OF THE
SUPREME COURT OF PENNSYLVANIA

'Topic

Obstruction of Justice & Intimidation
By
Government Officials & Their Agents

" Denied Access To The Courts & Public Officials !!!

1. On 8/20/04 at Preliminary Hearing location
55th Pine Defendant & Complaintant "T. Banks,"
Hand submitted an 13 page document of
Official offress of "T. Banks," by Government
Official & their Agents To The Hon. Frank Brady,
Public Defender Zeiger and ADA Official handling
case on this. Judge Brady refuse to take this

1 OF 4 pages

- 17 -

Lansdowne Ave
Phila. PA. 19151
Phone No.# 215-871-0156

THE Disciplinary Board
OF THE
Supreme Court OF Pennsylvania

To: Disciplinary Board

<u>Topic</u>

Obstruction of Justice & Intimidation
By
Government Officials & Their Agents

" Denied Access To The Courts & Public Officials !!!

1. On 8/20/04 at Preliminary Hearing Location
55th Pine Defendant & Complaintant "<u>T. Banks</u>,"
Hand submitted an 13 page document of
Official oppress of "<u>T. Banks</u>," by Government
Official & their Agents To The Hon. Frank Brady,
Public Defender Zeiger and ADA Official handling
case on this. Judge Brady refuse to take this

1 OF 4 pages

document on the Record or let the "T. Banks," state on the Record that he was being intimidate not to testify. The Judge order that "T. Banks," P.D. 201jer and ADA official To have an Ex-Party communication from the Public & the Record Against the Request of "Travis Banks.

2. On 9/16/04 at the Public Defender's Office (Time 8:46 AM to 10:30 AM) P.D. R. zeccardi stated that "T. Banks," had No Rights to help in Planning of his Defense!

3. When "T. Banks," Requested that the knife found at the scene (Property Receipt 2519513 knife) be finger printed. She (zeccardi) pulled out "T. Banks'" Rap Sheet and it unfold out like an ladder and then showed defendant "T. Banks," Nov. 27, 1999 Mud Shot and pointed her finger directly on the face of my Mud Shot that was cut all up with Blood Showing from the Face and Head and then she asked is this you. She also stated that it was no way that she was going to Ask For an independent Finger printing test and DNA.

2 OF PAGE

4. I "T. Banks", Request to speak to her Supervisor and other an while Mr. Rauys and P.D. Zeccardi came out and ask that I "T. Banks" come into the office to talk. This is when they told me that Because of my criminal record I was an unworthy American - For the Public to Finger Print the Knife and that they were not going to ask for the Knife to be Finger printed at all.

And the Public Defenders officials Had not forward the 13 page document that was given to P.D. Zeiger to Public Defender Ellen T. Greenlee ...

Exhibit
Attached: U.S. Congressman
Robert A. Brady
Letter Date: 6/28/04

Date: _____

From
TRAVIS BANKS
Travis Banks

3 of 4 pages

20 -

COMMITTEE
ARMED SERVICES
SUBCOMMITTEE ON
TACTICAL AIR AND LAND FORCES
SUBCOMMITTEE ON MILITARY READINESS

HOUSE ADMINISTRATION

JOINT COMMITTEE ON PRINTING

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3801

June 28, 2004

Mr. Travis Banks
6028 Lansdowne Avenue
Philadelphia, PA 19151-4230

Dear Mr. Banks

Thank you for contacting my office regarding your request for executive review regarding issues you have with denial of medication and access to file grievances to public officials and the courts.

My District Administrator, Ms. Ilene Jenofsky, has apprised me of your situation. She has forwarded correspondence to Governor Edward G. Rendell's office requesting the status of your review. My office will notify you when we receive their reply.

If you should have any questions, please feel free to contact Ms. Jenofsky at 215-389-4627.

Sincerely,

**ROBERT A. BRADY**
Member of Congress

RAB:j
14 10
CID# 118892

FOUR PAGES

Date: 10/18/04

Faxed to Attorney General from Rep.
OCT 18 2004.

TO: Attorney General of PA.
Governor's Rendell's Cheif Dennis O'Brien
of Staff John Estey ofc.

" REQUEST EMERGENCY "
PROTECTION
FROM GOVERNMENT

INTimidation ...

(1 of 4 PAGES)

TRAVIS BANKS →

I'm an Commonwealth witness
Against (Vaughn Robinson) + the Govern-
ment Agent that tried to STOP "Travis
Banks By Trying To kill Mr. Banks" From
Filing complaint Against Official oppressoin
Court Date 10/18/04 at 55th $Pine.

## DEFENDANT NOTICE OF APPEARANCE
## AVISO DE COMPARECENIA PARA EL ACUSADO

**You Are Ordered To Appear At Philadelphia**

**Usted Esto Ordenado A Comparecer En Filadelfia**

Commonwealth of Pennsylvania
City of Philadelphia         SS

Municipal Court
Corte Municipal

Common Pleas Court
Corte de Primera Instancia

0407-0237/

Travis Banks

AT ROOM: 1007
EL

CRIMINAL JUSTICE CENTER, 1301 FILBERT STREET

| MO MES | DAY DIA | YEAR ANO | TIME | HORA |
|--------|---------|----------|------|------|
| 10 | 18 | 04 | 9 | A M |

YOU ARE COMMANDED BY ORDER OF THE COURT TO APPEAR AS A DEFENDANT IN THIS CASE AT THE PRECISE TIME AND PLACE INDICATED ABOVE BY THE COURT. THIS SUBPOENA SHALL BE CONTINUING AND SHALL REMAIN IN FORCE UNTIL THE TERMINATION OF THE ABOVE CRIMINAL PROCEEDING.

Usted esta obligado por la corte, a comparecer como acusado en este caso en la hora precisa y sitio indicado arriba por el Corte Esta citacion debe ser continuada y permanecer valida hasta la determinacion del antes mencionado proceso criminal

I hereby acknowledge receipt of this Notice

Request Jury Trial

Travis Banks
Defendant's Signature (Firma del Acusado)    Date (Fecha)

Bruce    8-23-04
Clerk of Quarter Sessions (Secretario de la Corte)    Date (Fecha)

THE FIRST JUDICIAL DISTRICT COMPLIES WITH THE AMERICANS WITH DIS-ABILITIES ACT WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY, AND REQUIRE REASON-ABLE ACCOMMODATIONS TO PARTICIPATE IN A MUNICIPAL COURT PROCEED-ING. OR USE ANY SERVICE PROVIDED BY THE COURT PLEASE CALL 215-683-7372. FOR COURT OF COMMON PLEAS AMERICAN DISABILITIES ACT INFORMATION, PLEASE CALL 215-683-7006.

**YOU MUST HAVE AN ATTORNEY**
*DEBE TENER UN ABOGADO*

**BRING THIS NOTICE WITH YOU**
*TRAIGA ESTA NOTA CON USTED*

PUBLIC DEFENDER'S OFFICE: 215-563-3190
related questions should be directed to 215-563-7297
lated questions should be directed to 215-563-7006/06

For preliminary hea
Para la vista preliminar. —

03-5 (Rev. 1-01)

22

Hn. Eugene Maier   E. 1008

# In the Court of Common Pleas of Philadelphia

[X] Trial Division—Criminal Section. Ind. No. 0237  Term 07  20 04

[ ] Philadelphia Municipal Court M.C. No. _____

*Philadelphia,* 11-3 20 4

Commit and retain Travis Banks, PP# 515080

Bench warrant to stand. NCD 11/8/04

K. 1008

Subject to order of Court.

       [X] To the Keeper of the Philadelphia County Prison.

       [X] To the Keeper of the House of Correction.

*Pro Clerk*

6-37 (Rev. 12/02)

23

## In the Court of Common Pleas of Philadelphia

[X] Trial Division—Criminal Section. Ind. No. _0237 /1_ Term _July_ 20_04_

[ ] Philadelphia Municipal Court M.C. No. _____

Philadelphia, _11/8_ 20_04_

Commit and retain _Travis Banks PP# 515080_
_6028 Lansdowne Ave_
_Bench Warrant Withdrawn - New bail set at_
_$25 000.00 real bail not 10%_
_NCD 1/10/05 Rm 1007_
_Hon EE J Maier, 1007 CJC_

Subject to order of Court.

[ ] To the Keeper of the Philadelphia County Prison.

[ ] To the Keeper of the House of Correction.

_Judge MAIER put on official notice of Intimidation By court officials & others on or about 9/18/04_

_Armbruster_

Pro Clerk

6-37 (Rev. 12/02)

24

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA**
TRIAL DIVISION, CRIMINAL SECTION . . . . . . . . . . . . . . ☒

04 7 - 0237
*(Term-Yr. & Mo.)*            *(Indictment No.)*

**IN THE PHILADELPHIA MUNICIPAL COURT**
CRIMINAL SECTION . . . . . . . . . . . . . . . . . . . . . . . . . ☐

( 04-05-3670
*(Term-Yr. & Mo.)*            *(M. C. No.)*

Philadelphia, 1/11 20 05

**COMMONWEALTH**
VS.

Judge, _____

Charged with *Agg Asslt et al*

*Travis Banks*
*P# 515 080*

$ _____ Bail Allowed *E E J Maier*        Fine . . . . . . . . . . . . . . $ _____
$ _____ Bail Entered *1007 CJC* *Judge*   Costs . . . . . . . . . . . . . $ _____
$ _____ Bail Re-Entered                    **TOTAL** . . . . . . . . . . $ _____

Discharge the above-named defendant from your custody, if detained for no other cause than the above stated.

*All Charges nolle prosse*

**TO THE KEEPER OF:**
☐ Philadelphia Prison
☐ House of Correction
☐ Other: _____

_____ *Armbruster* *Pro Clerk.*

6-58 (Rev. 8/01)

25

THE COURT OF COMMON PLEAS OF PHILADELPHIA
Trial Division, Criminal Section . . . . . . . . . . . . . . . . . . . . . . . . . .

04-07-0237

(Term — Yr. & Mo.)          (Indictment No.)

Family Court Division . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   No.

THE PHILADELPHIA MUNICIPAL COURT
Criminal Section . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(Term — Yr. & Mo.)          M.C. No.)

# BENCH WARRANT
## (SUBMIT IN DUPLICATE)
### THE COMMONWEALTH OF PENNSYLVANIA

PW# 515080

any authorized Officer in the name of the Commonwealth of Pennsylvania, City of Philadelphia:

COMMAND YOU, That you forthwith take into custody *Travis Birk*

(Name)

*5028 Lansdowne Ave*

(Last known address)

she be found there or wherever (s)he be found and bring (her/him before us forthwith to answer the charge of Contempt,

*October 18,* , 20 07, to be dealt with according to law, — and

shall be your sufficient warrant for such purpose.

Issued by The Honorable _____

Judge, the *18th* day of *October* , 20 07

(Attest) *Maria Gina Armbruster*

*To be heard by Judge Maier Daly !!!*

BENCH WARRANT REQUESTED BY

(Signature)

## RECORD OF SERVICE

| AND TIME TAKEN INTO CUSTODY | ARRESTING OFFICER (Print) | WHERE ARRESTED (Police District Number) |
|---|---|---|
| | | |

T FOUND, DETAIL REASONS

er processing, send prisoner to Police Administration Building for fingerprinting and photo.  Transport to Philadelphia
ention Center. **EXCEPTION:** If female, send her to House of Correction. To be delivered to Sheriff's Cellroom the day after
st.

(Signature of Arresting Officer)

## BENCH WARRANT HEARING DISPOSITION

| | | |
|---|---|---|
| Bench Warrant withdrawn | B.W. to be withdrawn upon entry of new bail or additional bail in the amount of $ _____ BOSO rescinded | Committed, B.W. to stand |
| B.W. withdrawn, BOSO rescinded | | BOSO rescinded |
| B.W. withdrawn, BOSO to stand | B.W. lodged as a detainer | BOSO to stand |
| B.W. withdrawn Permitted to sign own bail | B. | Other: _____ |

26

| ACTION REQUESTED BY | | | ACTION APPROVED BY | |
|---|---|---|---|---|
| ADMINISTRATOR | DATE | JUDGE | | DATE |



witness
Intimidation



1-10-05
Injuries - Assault



1-10-05
Injuries - Assault



witness
Intimidation



6023 Lansdowne Ave
Phila. PA. 19151
Phone No. # 215-871-0136

THE

OF THE
Supreme Court of Pennsylvania

To:

U.S. Congressman R. Brady
Penn. Attorney General
GOVERNOR'S Cheif OF
STAFF John Estey

Made
Direct Call
To Mr. Estey
OFFice at 11.05 Am
They said they
Received Fax
9/21/04

OFFicials ReFussal
To Act !!!

Topic

Obstruction of Justice & Intimidation
By
Government Officials & Their Agents

Denied Access To The Courts & Public Officials !!!

1. On 8/20/04 at Preliminary Hearing Location
55th Pine Defendant & Complaintant "T. Banks,"
Hand submitted an 13 page document of
OFFicial offress of "T. Banks," by Government
OFFicial & their Agents To The Hon. Frank Brady,
Public Defender Zeiger and ADA official handling
case on this. Judge Brady refuse to take this

1 OF 4 pages            -00-3327

28 -

Interview
Governors Cheif of — Staff
"John Estey"

IO JAN 2005 11:38

Lock&Track
INMATE MISCONDUCT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case Number: J050315                            Type: CRITICAL

Inmate: BANKS, TRAVIS
Intake: 0423512    PID:  515080

Occurred: 01/10/2005 11:19                  Location: REC.ROOM SALLYPORT
  Served:                                          By:
  Charges: FIGHTINJRY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                  REPORT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Summary: INMATES FIGHTING W/INJURIES

Narrative:At 10:25am while loading bus #941 Inmate Banks,Travis PP#515080
         (CJC ROOM 1007)AND Inmate Mitchell,Eric PP#811740 (CJC ROOM 200)
         WHERE FIGHTING W/INJURIES.SGT.GOLLA NOTIFIED AND CAPT. HARRINGAN.

Names of C/O and Supervisors:DEPUTY SHERIFFS EVANS,CRUZ AND KNOTWELL
                         SGT.GOLLA CAPT. HARRINGAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_Refused To Sign TJ_ _____        1-10-05
              OFFENDER                    DATE

_C/O S. River_ _____     _____    5X1
              OFFICER            ID       SHIFT

_____                 1-10-05
              SUPERVISOR                   DATE

```
**********************
***  TX REPORT  ***
**********************

TRANSMISSION OK

TX/RX NO                3004
CONNECTION TEL                      12026160762
SUBADDRESS
CONNECTION ID
ST. TIME                09/26 13:24
USAGE T                 01'18
PGS. SENT               5
RESULT                  OK
```

*U.S. Justice Dept.*

10-2-06
From
Time 10:15 AM
From Phone
215-627-9788
Person Stated
Complaint
Not in system
yet.

TO: U.S. Dept. of Justice                    9-26-06

## CRIMINAL Complaint

Defendants: Hon. Judge Rigs Dy, officer Martain Fortain, Capitol Police D. Banks and unknown officials.

## CHARges As Follows:

Conspiracy To commit murder of T. Banks By denying T. Banks' grievances (Legal Doc. and Exhibits - One of the issues was an Request For life saving Drugs) to be submitted to the U.S. Supreme Ct. and the U.S. Dept. of Justice in Chicago Il. By missusing the Judicial System to False Arrest, _____ 30 _____ threaten

*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO           3007
CONNECTION TEL        12028790146
SUBADDRESS
CONNECTION ID
ST. TIME          09/26 13:36
USAGE T          01'22
PGS. SENT        6
RESULT           OK

---

09/26/06   13:34 FAX 2155615346      FEDEXKINKOS PHILA-STEX      ☑001

*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO           3006
CONNECTION TEL        12028790146
SUBADDRESS
CONNECTION ID
ST. TIME          09/26 13:34
USAGE T          00'18
PGS. SENT        1
RESULT           OK

---

09/26/06   13:30 FAX 2155615346      FEDEXKINKOS PHILA-STEX      ☑001

*********************
***   ERROR TX REPORT   ***
*********************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO           3005
CONNECTION TEL        12028790146
SUBADDRESS
CONNECTION ID
ST. TIME          09/26 13:30
USAGE T          00'05
PGS. SENT        0
RESULT           NG       #001

*Attention*
*10. Hon. Judge*
*RigsBy*

To: U.S. Dept. of Justice        9-26-06

— 31 —

Criminal Complaint

Courtroom

Result: Defn Arraigned Pled Not Guilty Jury
Demand Made

/2006

Event Resulted - Release Status:
The following event: Felony Arraignment
scheduled for 10/05/2006 at 9:00 am has
been resulted as follows:

Result: Vacated - DATE SCHEDULED IN ERROR
Judge: RIGSBY, ROBERT R     Location:
Courtroom 316

9/29/2006     Event Scheduled
Event: Felony Arraignment
Date: 10/05/2006     Time: 9:00 am
Judge: RIGSBY, ROBERT R     Location:
Courtroom 316

Result: Vacated
9/29/2006     Event Resulted - Release Status:
The following event: Preliminary Hearing
scheduled for 10/06/2006 at 9:00 am has
been resulted as follows:

Result: Vacated - CASE INDCTED
Judge: GOODBREAD, RONALD A.     Location:
Courtroom 201
9/29/2006     Charge Filed
Charge #1: Carry Dangerous Weapon- Felony

9/29/2006     Indictment Filed - 1 COUNT

9/15/2006     Pre Trial Report     No report submitted

9/15/2006     CJA Eligibility Form Filed

9/15/2006     Form Filed:  stay away map

9/15/2006     Form Filed:

9/15/2006     Stay Away Order Filed

9/15/2006     Release Conditions

9/15/2006     Event Scheduled
Event: Preliminary Hearing
Date: 10/06/2006     Time: 9:00 am
Judge: GOODBREAD, RONALD A.     Location:
Courtroom 201

Result: Vacated
9/15/2006     Event Resulted - Release Status:  PR
The following event: Presentment scheduled
for 09/15/2006 at 1:00 pm has been resulted
as follows:

Result: Held
Judge: MCCARTHY, MICHAEL J     Location:
Courtroom C-10
TRAVIS BANKS, TRAVIS NMN BANKS (Defendant
(Criminal)); ; Mr GREGORY A COTTER
(Attorney) on behalf of TRAVIS BANKS
(Defendant (Criminal)); Judge MICHAEL J
MCCARTHY on behalf of Judge ROBERT R RIGSBY

9/15/2006     Attorney Appointed

32

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION


- - - - - - - - - - - - - x
                          :
UNITED STATES OF AMERICA  :   Docket No. 2006 CF2 20318
                          :
        vs.               :
                          :
                          :
TRAVIS BANKS,             :
                          :
        Defendant.        :
                          :   Monday, November 27, 2006
- - - - - - - - - - - - - x   Washington, D.C.



        The above-entitled action came on for a hearing
before the Honorable ROBERT R. RIGSBY, Associate Judge, in
Courtroom Number 316, commencing at 9:33 a.m.



        APPEARANCES:

        On Behalf of the Government:

        PAT MARTIN, Esquire
        Assistant United States Attorney

        On Behalf of the Defendant:

        GREGORY COTTER, Esquire
        Washington, D.C.

                                        07-04053

**Deposition Services, Inc.**
6245 Executive Boulevard
Rockville, MD 20852
Tel: (301) 881-3344  Fax: (301) 881-3338
info@DepositionServices.com  www

33

1   MR. BANKS:  I mean because, I mean because once

2   he start, once he, once they start following, following up

3   in this investigation, you know, because I do want this to

4   happen.  I mean I do want to file a complaint.  You know

5   what I mean, because just like, just like inherently

6   firing a gun in the air could cause bodily harm to

7   someone, this man literally while I was handcuffed behind

8   my back choked me and threatened me.

9   THE COURT:  Well, do you, if you have the

10   gentleman's name, I could order that you have no contact

11   with this gentleman.

12   MR. BANKS:  Well, I don't, I mean, I don't know

13   these people.  All I know is, all I know is the officers,

14   it was the officers that was in, in the visiting room and

15   it was around 25 to 30 officers that came down to have

16   somebody push the riot button.  I mean, out of, out of

17   those individuals there's a couple supervisors there.

18   They threw me in the hole.  There's got to be some kind of

19   paper trail.  They didn't give me no papers.

20   THE COURT:  Do you, are you, okay.  Assuming

21   that you can't get into a federal prison, are you asking

22   for me to put you on an isolation or separated?

23   MR. BANKS:  If I go in isolation just like I

24   said, from the 15th to the 21st, I didn't have anything to

25   eat.  I didn't have anything to eat.  I feared for my

LAW OFFICES
OF
**CRAIG L. THORPE, P.C.**
807 N. 63rd Street
First Floor
Philadelphia, PA 19151
Tel: (215) 689-0500
Fax (215) 689-0506

**Craig L. Thorpe**
Member of PA & NJ Bars
Email - cltpc@aol.com

www.Lawyer.com/craiglthorpe/
www.Thorpepc.com

June 22, 2006

Patrick L. Meehan
United States Attorney
615 Chestnut Street Suite 1250
Philadelphia, PA 19106-4476

**FAX ONLY**

RE:   **Travis Banks -Official Notice of Request for
Inclusion in the Witness Protection Program .**

Dear Mr. Meehan:

At the request and on behalf of Mr Travis Banks, enclosed please find Mr Banks official request for inclusion into the witness protection program. This request is a follow up from his February 27, 2006 request that was forwarded to your attention by fax, a copy of the fax transmittal include herewith

Upon receipt and review I urge you to contact Mr Banks at **215 280-4590 or 267 973-7865** to discuss this matter.

I thank you for your attention in this matter.

Very truly yours,

Craig L. Thorpe

CLT sa
Enclosure:

cc:  John Estey, Chief of Staff
     Dennis O'Brien, State Re
     Tom Corbett, State Attor.

No. 1                    June 23  06
Received from  Travis (Salim) Banks
                Fifty              Dollar
'n Full of  Legal Serv..
'n  ...  ...  June 21  06
35 -

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 2 8 2006

RECEIVED

FEB 2 1 2007

Appeals Coordinator's Office

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CASE CLERK - SUPPORT BRANCH

FILED

2007 JAN 25  A 3

SUPERIOR COURT
CRIMINAL DIVISIO

# United States District Court OF THE District OF Columbia

| United States America
Attorney General,
                    Respondent

V

Travis Banks, petitioner

| Notice of Appeal
Case No.# _____

Superior Court
Case No.# 2006CF220318

## Extrardinary Interlocutory Relief
### Habeas Corpus 28 U.S.C. § 2254-41

This is an appeal and Stay of Proceeding in Superior Court of The District OF Columbia case No.# 2006 CF2 20318 of Judge Robert Rigsby Orders and Actions on The Following dates — and Note petitioner has been under official Oppression and Intimidation so that he couldn't File An timely Appeal - 9-15-06, 10-6-06, 10-23-06, 11-27-06 and 12-5-06.

Date: 12-12-06

Travis Banks
signature
pro se

36 -

United States District Court of THE Eastern District of Pennsylvania

Banks V. Atty. Gen USA
C.A. No. 07-1307
(E.D. Pa. Civ. No. 07-cv-00182

"Extraordinary Circumstance"

Official Government Interference (To Court and Medical treatment), Harassment, Oppression, and False Official document . . .

Request An Emergency Evidentiary Hearing !!!

On Jan. 18, 2007 Appellant was Found Guilty of Fire arms, Fireworks, Speeches, & Objection Language In Supreme Court Buildings & Grounds and was sentenced to 60 days in Prison an $45.00 Fine by Judge Jeanette J. Clark. And at this hearing U.S. Asst. Atty. Jeremy Barber stated that He would give Appellant back his Train Ticket that the U.S. Supreme Court seized from Appellant At Arrest on 9-14-06.

37

OFFICE OF THE CLERK - LEGAL DIVISION
### UNITED STATES COURT OF APPEALS
21400 U.S. COURTHOUSE
601 MARKET ST.
PHILADELPHIA, PA 19106-1790

MARCIA M. WALDRON
CLERK

**February 20, 2007**

TELEPHONE
(215) 597-2378

Mr. Travis Banks
6028 Lansdowne Avenue
Philadelphia, PA 19151

Re:    Banks v. Attorney General USA
       C.A. No.  07-1307
       (E.D.PA Civ. No. 07-cv-00182)

Dear Mr. Banks:

This will acknowledge receipt on February 14, 2007, of an original and three copies of your documents entitled, "Extraordinary Circumstance", dated February 13, 2007.   We note that you state that you have served the appropriate opposing parties and/or counsel with a copy of this document.

Please be advised that your documents appear to be service copies to our office since the documents are captioned and directed to the **District Court**.  Please note that no action will be taken by the Court of Appeals; however, your documents will be placed in your case file.

Very truly yours,

KELLY BERRY
Administrative Assistant

/kb

cc:    **Colin M. Cherico, Esq.**
       Office of United States Attorney
       615 Chestnut Street
       Philadelphia, PA  19106

— 38 —

### District of Columbia
### Court of Appeals



TRAVIS BANKS
6028 LANSDOWNE AVE
PHILADELPHIA. PA
19151

07-CF-000127 TRAVIS BANKS V. UNITED STATES                    CF2-20318-06

ORDER

On consideration of the notice of appeal and
it appearing that appellant has been found
eligible for court appointed counsel. it is
ORDERED that Donald L. Dworsky. Esquire, is
hereby appointed to represent appellant in this
appeal. It is.
FURTHER ORDERED that counsel for appellant
shall immediately take the necessary steps to
review the trial court record and to ensure that
the transcripts necessary to the appeal have been
ordered and shall. within 30 days from the date of
this order complete and file with this court a
single copy of the attached statement regarding
the transcript ordered for this appeal. Where
transcript(s) necessary for this appeal have been
ordered and completed for non-appeal purposes.
appellant must advise the Court Reporting and
Recording Division to forward said transcript(s)
for inclusion in the record on appeal. (pii)

FOR THE COURT

GARLAND PINKSTON, JR.
CLERK OF THE COURT

copies to:

DONALD L. DWORSKY          ROY W. MCLEESE III          CLERK. SUPERIOR COURT

DIRECTOR. COURT REPORTING DIV

## NOTICE OF APPOINTMENT OF COUNSEL

TO:   Travis Banks
      6028 Lansdowne Ave.
      Philadelphia, PA 19151

RE:   **07-CF-127    Travis Banks v. United States**

As indicated in the attached order, the District of Columbia Court of Appeals appointed counsel for you in the referenced appeal. Your attorney's address appears on the order. Your attorney has been selected in rotation from a roster of attorneys qualified to receive such appointments.

You should hear from your attorney within the next 30 days. You will need to ask your attorney questions that you may have about the appeal, and you should discuss with counsel matters that may be raised on appeal. Your attorney will file all necessary papers on your behalf, and will make sure that everything is done according to the rules of the court. As long as you are represented by counsel, the court will not accept for filing pleadings or briefs that you attempt to submit to the court on your own.

Please note:

o Communications with your attorney will generally be by mail, which may be supplemented by telephone calls.  In-person visits by your attorney to a location outside the Washington metropolitan area require advance authorization by the court and are permitted only in exceptional cases.

o You are not entitled to choose the attorney who is appointed to represent you, and the court will not order the replacement of your appointed counsel with a different attorney unless there has been a clear showing that a change of counsel is necessary. Thus you are expected to work with your appointed attorney. That attorney will remain your counsel unless the attorney files a motion to withdraw and the court grants the motion. Your attorney has the authority to make decisions as to how to handle your appeal, and it is up to counsel to decide which issues should be raised in the brief and which motions, if any, should be filed.

o Written transcripts of what took place in the Superior Court will be sent to your attorney. You are not entitled to a separate/additional copy of the transcripts.

Any questions regarding your appeal should be directed to your attorney.

FOR THE COURT:

GARLAND PINKSTON, JR., Clerk

cc:   Donald L. Dworsky, Esquire
      P.O. Box 409
      Glen Echo, MD 20812

40

**RECEIVED**

FEB 21 2007

Appeals Coordinator's Office

Form 2. Notice of Appeal, Criminal Division and Family Court/Juvenile Branch).

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## NOTICE OF APPEAL
## (CRIMINAL DIVISION AND FAMILY COURT (JUVENILE CASES ONLY))

Superior Court Case Caption: United States v. Travis Banks

Superior Court Case No.: 2006 CF2 20318

**Appoint new counsel:** _____ Yes (If trial counsel seeks appointment for the appeal, counsel must be on the Court of Appeals CJA list and file the required certification.) (Trial counsel is on the Court of Appeals CJA list, and will accept this appeal. The defendant was presented the certification form and neither signed nor ~~explicitly declined to sign.~~) is

A.    Notice is given that (person appealing) _____ appealing an order/judgment from the

Criminal Division ___x___    (or) Family Court (Juvenile cases only) _____

{Please check one}    ☐Juvenile    ☐Felony    ☒Misdemeanor
                      ☐Traffic    ☐D.C. Case    ☐Special Proceedings
                      ☐Drug Court    ☐Domestic Violence

Date of entry of judgment or order appealed from (if more than one judgment or order is being appealed, list all): 01/18/2007

Superior Court Judge: Jeanette Clark

Description of judgment or order: Conviction for Discharging Firearm, Fireworks or Combustible on Supreme Court Grounds

Most serious offense at conviction: Same as above

Has there been any other notice of appeal filed in this case? ☒YES    ☐NO

If so, list the other appeal numbers: Defendant made pro se filing (see annexed).

List any co-defendants and their Superior Court case number(s): None.

B.    Jury trial _____    Bench trial ___x___    Other _____

C.    Is the defendant currently confined? ☐YES ☒NO    Defendant's DCDC # _____
                                                        or Fed# _____

                                        6028 Lansdowne Avenue
Defendant's current address: Philadelphia, PA

Was the defendant determined eligible for court-appointed (i.e. CJA) counsel:
                                                    ☒YES  ☐NO

— 41 —