UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRAVIS BANKS,** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-021 (RMC) |
| **ALBERTO GONZALES, Attorney General for the United States,** | ) ) ) ) | |
| Respondent. | ) ) ) | |

## ORDER

On March 29, 2007, Petitioner Travis Banks filed a motion for a temporary restraining order and preliminary injunction, requesting that this Court enjoin the D.C. Court of Appeals from requiring Petitioner to accept a court appointed attorney in cases before the Court of Appeals. This Court is not a reviewing court and lacks jurisdiction to compel another court to act. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994) (under Rooker-Feldman doctrine, federal district courts lack authority to collaterally review state court judgments). Further, the Court may not issue a writ of mandamus to compel the D.C. Court of Appeals to perform a judicial act because the Court's mandamus authority extends only to "officer[s] or employee[s] of the United States or any agency thereof . . . ." 28 U.S.C. § 1361. Accordingly, Petitioner's motion for a temporary restraining order and preliminary injunction [Dkt. # 7] is **DENIED**.

Date: April 3, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge