UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS BANKS,                     :<br>       Petitioner,          :    Civil Action No. 07-021 (RMC)<br>                          :<br>                          :<br>v.                                 :<br>                          :<br>ALBERTO GONZALES, Attorney        :<br> General for the United States,    :<br>       Respondent.         : | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S AMENDED PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that it be given approximately 60 additional days, or until June 25, 2007, to file its response to petitioner's pro se Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. In support of this request, the United States submits the following:

1. Pursuant to the Court's March 16, 2007, Order, the United States' response to petitioner's amended § 2254 petition is due by April 25, 2007.

2. The United States now seeks approximately sixty additional days to file its response. This extension of time is sought to permit the United States sufficient time to review petitioner's petition, the numerous exhibits thereto, the case file and the applicable caselaw; to investigate petitioner's claims, and to prepare the United States' response. In addition, undersigned counsel's pre-existing workload, consisting of a number of post-conviction cases in this Court and in the Superior Court of the District of Columbia, prevented her from being able to timely turn to the instant motion when it initially was assigned to her.

3.  This is the United States' first request for an extension of time.

4.  This extension of time will not unduly prejudice the petitioner, who is not being held in this matter.

5.  A proposed order is attached.

**WHEREFORE**, the United States respectfully requests that it be granted until June 25, 2007, to respond to petitioner's pro se Amended § 2254 petition.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney
                    D.C. Bar Number 498-610

                    ROBERT D. OKUN
                    Assistant United States Attorney
                    D.C. Bar Number 457-078
                    Chief, Special Proceedings Division


                    _____/s/_____
                    MARGARET J. CHRISS
                    Assistant United States Attorney
                    D.C. Bar Number 452-403
                    555 4th Street, N.W.
                    Special Proceedings Division (10th Floor)
                    Washington, D.C.  20530
                    (202) 307-0874

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that, this 24th day of April 2007, I caused a copy of the foregoing Motion for Extension of Time to File Response to Petitioner's pro se Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, and proposed Order, to be served by first-class mail, postage prepaid, upon:

Mr. Travis Banks
6028 Landsdowne Ave.
Philadelphia, PA 19151

               \_\_\_\_\_/s/_____
               Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS BANKS,** : | |
|     Petitioner, : | Civil Action No. 07-021 (RMC) |
| : | |
| **v.** : | |
| : | |
| **ALBERTO GONZALES, Attorney** : | |
|  General for the United States, : | |
|     Respondent. : | |

### ORDER

Upon consideration of the United States' Motion for Extension of Time to File Response to defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to D.C. Code § 23-110, and for good cause shown, it is this _____ day of _____, 2007, hereby:

**ORDERED** that the motion is granted, and that the United States shall file its response to petitioner's pro se Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 by no later than June 25, 2007.

    **SO ORDERED**.

                                                           Rosemary M. Collyer
                                                           United States District Judge

Copy to (via ECF):

Margaret J. Chriss
Assistant United States Attorney

Copy to (via U.S. mail):

Mr. Travis Banks
6028 Landsdowne Ave.
Philadelphia, PA 19151