**OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER** — OFFICIAL USE ONLY

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

1. Change of Address for: ☑ Individual (#5)   ☐ Entire Family (#5)   ☐ Business (#6)
2. Is This Move Temporary? ☐ Yes   ☑ No
3. Start Date: 041907
4. If TEMPORARY move, print date to discontinue forwarding: —

5a. LAST Name: BANKS
5b. FIRST Name and MI: TRAVIS

7a. OLD Mailing Address: 6028 LANSDOWNE AVE
7a. OLD APT or Suite: APT-3
7c. OLD CITY: Philadelphia
7d. State: PA
7e. ZIP: 19151

8a. NEW Mailing Address: NO KNOWN Address At this Time!
8a. NEW APT/Ste or PMB: Waiting For Legal mail
8c. NEW CITY: I'll be standing At 6th and Market St. Across St. From Courthouse with ID

9. Print: TRAVIS BANKS
   Sign: Travis Banks
10. Date Signed: 041907

PS FORM 3575 JANUARY 2007   Visit usps.com to change your address online or call 1-800-ASK-USPS (1-800-275-8777)   0107

---

Banks V. United States Attorney General
1:07-CV-21

Please take this as An Notice that I was put out of my Last Address and As of ~~the~~ Today I don't have an mailing Address.

Dated: 6-5-07

**RECEIVED**
JUN - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Travis Banks

