UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRAVIS BANKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-021 (RMC) |
| ) | |
| **ALBERTO GONZALES,** Attorney ) | |
| General for the United States, ) | |
| ) | |
| Respondent. ) | |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO**
**MOTION TO DISMISS**

On June 22, 2007, Defendant filed a motion to dismiss. Because resolution of this motion may dispose of the case, the Court advises the *pro se* Plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the Defendant's motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). If Plaintiff fails to respond to the motion, the Court may grant the motion and

dismiss the case. *Fox v. Strickland*, 837 F.2d at 509. Thus, failure to respond to the Defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

**ORDERED** that Plaintiff shall file his opposition or other response to Defendant's motion to dismiss no later than July 23, 2007. If Plaintiff does not respond in a timely manner, the Court may treat the motion as conceded and summarily dismiss the case.

Date: June 22, 2007                              /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge