UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRAVIS BANKS,** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-021 (RMC) |
| **ALBERTO GONZALES, United States Attorney General,** | ) ) ) ) | |
| Respondent. | ) ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss [Dkt. # 14] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are denied as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: July 31, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge