UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS BANKS, : | |
|     Petitioner, : | Civil Action No. 07-021 (RMC) |
| : | |
| v. : | |
| : | |
| ALBERTO GONZALES, Attorney : | |
|  General for the United States, : | |
|     Respondent. : | |

## NOTICE OF FILING

On or about January 5, 2007, petitioner filed a pro se Petition for Writ of Habeas Corpus in this Court. On February 8, 2007, the Court sua sponte dismissed the petition without prejudice pursuant to Federal Rules of Civil Procedure 8 and 41(b). The Court permitted petitioner until March 12, 2007 to file an amended petition that complied with Federal Rule of Civil Procedure 8 and warned him that failure to file such a petition by that date would result in dismissal with prejudice of this action. On March 8, 2007, petitioner filed a pro se Amended Petition. On June 22, 2007, respondent filed a Motion to Dismiss the Amended Petition on the ground that the Amended Petition did not comply with Rule 8. On that same day, the Court issued an Order directing petitioner to respond to the Motion to Dismiss by July 23, 2007. On July 31, 2007, the Court issued an Order in which it granted respondent's Motion to Dismiss and ordered that the instant case be dismissed. Also on July 31, 2007, the Court issued a Memorandum Opinion that stated in part, "[n]o response [by the petitioner] has been filed." Mem. Op. At 1-2.

Upon reviewing the Court's Memorandum Opinion and Judgment, we determined that we should bring to the Court's attention that on July 17, 2007, the United States Attorney's Office received a document from petitioner entitled "Motion to Deny Respondent's Motion to

Deny Petitioner's Amendment Complaint." (Copy attached ed as Exhibit A.) The document's certificate of service states that copies were sent to the United States Attorney's Office and the Court. However, review of the docket sheet in this case indicates that no such document has been filed with the Court.

    We do not believe that petitioner's July 17, 2007 document requires the Court to change its conclusion that dismissal of this case is appropriate. However, out of an abundance of caution, we bring this document to the Court's attention for its own review of the matter.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar Number 498-610

    ROBERT D. OKUN
    Assistant United States Attorney
    D.C. Bar Number 457-078
    Chief, Special Proceedings Division

    _____/s/_____
    MARGARET J. CHRISS
    Assistant United States Attorney
    D.C. Bar Number 452-403
    555 4th Street, N.W.
    Special Proceedings Division
    Washington, D.C. 20530
    (202) 307-0874

**CERTIFICATE OF SERVICE**[1]

  I HEREBY CERTIFY that, this 1st day of August 2007, I caused a copy of the foregoing Notice of Filing and attached exhibit to be served by first-class mail, postage prepaid, upon:

Mr. Travis Banks
6028 Landsdowne Ave.
Philadelphia, PA 19151

                \_\_\_\_\_/s/_____
                Assistant United States Attorney

---

[1] On June 5, 2007, petitioner filed a Notice that he no longer has a mailing address. We nonetheless are sending this filing to his last known address. If this service copy is returned to us, and upon receipt of notice of petitioner's current address, we will re-submit this filing with an amended certificate of service.

**Exhibit A**

United States District Court
For The District of Columbia

Travis Banks, Petitioner
v.                                         CV-No. 07-021
Alberto Gonzales, Atty. Gen.                  (RMC)
for the United States, Respondent.

## Motion To Deny Respondent's Motion To Deny Petitioner's Amendment Complaint.

On 6-05-07 Petitioner informed the District Court Clerk in writing that Petitioner had changed address and that Petitioner was and still is (Homeless) Petitioner hand submitted to the Court Clerk.

The court ordered that Respondent answer Petitioner's Amendment Complaint by 6-25-07. On or about 7-02-07 Petitioner phone called The U.S. District Court for the District of Columbia to follow-up on Petitioner's case and Clerk (Tersa) informed Petitioner that Respondent had filed an Motion To Dismiss Petitioner's Amend. Complaint. Petitioner requested of this clerk and other clerks for them to fax Petitioner an copy of Respondent's Motion to Dismiss Petitioner's Complaint which was file on 6-22-07,

Page (1) of (3)

The Clerk refuse to Fax Petitioner an copy of Respondent's motion even after Petitioner stated to the Clerks that Petitioner had no mailing address and that Petitioner was also still homeless. The Clerks stated that they knew the 6-05-07 written Notice that Petitioner hand submitted which stated that Petitioner was Homeless and had moved from Last address 6028 Lansdowne Ave. Phila. Pa. 19151.

So Petitioner is force to file this motion without knowing what the Respondent grounds were for making an request to Dismiss Petitioner Amend. Complaint. Petitioner is still under Official Oppression, and has nowhere to live. And on 7-06-07 Petitioner Closed out his PNC Safe Deposit Box No. 35 because Petitioner has no money to keep it. Petitioner Feared being Falsely Arrested again so that all Petitioner legal documents would be taken while in Prison. Petitioner Fears for his life and legal documents. Petitioner Paid for an Bus ticket to come to Wash. DC. on 7-06-07 but the 9:45pm Bus was Full. Petitioner will now try to make on Monday. Petitioner Request to be placed in Emergency Housing in Wash. DC. and or Protective Custody.

Petitioner is in violation of an court ordered Fine by Judge Clark of $50.00

2 OF 3 PAGES

and Petitioner had requested of the Judge and the U.S. Attorney's that the Government forthwith return Petitioner's Trael ticket and this trael ticket could pay for Petitioner's $50.00 Fine. The Government Officials are acting in an concerted act to have Petitioner in an court order violation to pay this Fine.

Petitioner is still Homeless and is staying in the Streets and going to House to House that have let Petitioner stay in some peoples Houses for an few days at an Time.

Date: 7-16-07

Signature: Travis Banks

Address: NONE & No mailing Address !!!

Sworn and Subscribed before me Alicia N. Smith This 16th day of July 2007, by Travis Banks.

Alicia N. Smith

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ALICIA N. SMITH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 3, 2008

3 of 3 pages